# EXHIBIT B

# BEFORE IT'S NEWS

Not a Member Yet? Join Now!
Email:
Password:
LOGIN

Featured | Money | Health | Beyond Science | Power of Belief | Sustainable Living | Citizen Journalist | Inspiration | Video | Classic Home | All Categories

Online: 1,160
Visits: 993,143,094
Stories: 6,743,556

HOME    OPINION – LIBERAL                                                     3/1/2018, 10:43

54
2

By **American Everyman** (Reporter)
Contributor profile | More stories

**Story Views**
Now: 1
Last Hour: 1
Last 24 Hours: 1
Total: 3,255

You May Like                    Sponsored Links
$77.99 at Amazon.com
Amazon.com

The Real Reason She Was Kicked Off 'NCIS'
WorldLifestyle

by Taboola

# Charlottesville Attack, Brennan Gilmore and… the Stop Kony 2012 PYSOP? What?

Sunday, August 13, 2017 4:25

 FACEBOOK   TWITTER   GOOGLE+   STUMBLE    REDDIT   EMAIL

**Headline: Bitcoin & Blockchain Searches Exceed Trump! Blockchain Stocks Are Next!**

by Scott Creighton

Go back and look at the video Brennan Gilmore posted of the Charlottesville attack. Go back and look at it. Something very odd and OBVIOUS is staring us in the face and all we have to do is step back and take a breath and see what's right there for us to see.

The numbers from the Charlottesville attack are in and one individual is dead with another 30 or so injured. Two more deaths are attributed to the event in an effort to make it bleed more so to speak, but they were killed when their helicopter crashed. I'm not sure how they link that to the protests, but, there you go.

I will do some research on the suspect and publish it a little later but right now I wanted to share with you some things I found out about Brennan Gilmore, the former State Department employee who just HAPPENED to be at the exact right place at the exact right time already filming with his camera to capture the entire event from beginning to end.

And he just HAPPENED to have the pre-approved establishment message canned and ready to go for a CNN interview on the scene. Funny, his video hadn't gone viral yet and CNN was already interviewing him? What a coincidence.

Today's Top Stories

Deep State Making Final Move on America +Videos

I Can't Title This Post Because it Will Be Banned—Critical, Crucial Report About an Attack

Trump's Marines Anthraxed! Tom Heneghan

100-Year-Old Way to Filter Rainwater in a Barrel

Black Eyed Kids They're Just Kids, Right?.... Wrong! What Are They? (Video)

New Q Anon Report Plus the Latest on the Alarming Purge: Truthful Free Speech Is Being Terminated at an Incurable Rate (Video)

Why Glenn Beck Is the Most Dangerous Man in America

Trump, Q Anon, The Illuminati, 4chan, Pepe, Kek, Meme Magick and Sigils … This Is Strange Stuff!

Bombshell Confirmed: Broward Co Deputies 'Ordered' to Stand Down…Then All Radio

there, huh? Notice he says the counter-protesters were "peaceful". I guess that means Soros' ANTIFA provocateurs had been told to avoid that particular march. Also notice he equates "alt-right" with "terrorists" and "racists" with ease.



**CNN Refuses To Show This Hillary Video**
The SHOCKING reason why Hillary is avoiding the media.
Watch The Video    ♦ 146,919

Promoted Content

Excellent answer, Brennan Gilmore. pic.twitter.com/n8iuLYRK74

— Minor Leaguer (@Minor_Leaguer) August 12, 2017

Brennan Gilmore's video is viral now. It's been hijacked by more YouTubers than you can imagine. It really was perfect. Not only did he HAPPEN to be at the right place at the right time, but he was ALREADY recording with his camera and it was focused on that car, for SOME REASON as it drove by the corner at a reasonable rate. Why he would focus on that vehicle right then and there BEFORE IT DID ANYTHING is a mystery to me. It was traveling down the street at about 25 miles and hour which is not out of place for that road. Certainly it may be for the situation, but remember, the march was not planned and or sanctioned, so the street was not blocked off, and in fact, there were two more cars in front of the Dodge Charger that were stuck in the middle of the protest on that same street. Those are the ones hit from behind by the Charger. But Brennan wasn't filming them was he? No. But he did film the Charger heading all the way down the street into the crowd of protesters… almost as if he knew it would run into them rather than simply brake and sit and wait like the other cars in front of it.

Video of car hitting anti-racist protestors. Let there be no confusion: this was deliberate terrorism. My prayers with victims. Stay home. pic.twitter.com/MUOZs71Pf4

— Brennan Gilmore (@brennanmgilmore) August 12, 2017

Again, not a smoking gun in and of itself, but when combined with all the other coincidences surrounding his video PLUS the fact that he was ready to go with the divide and conquer establishment version of events for CNN while people were still lying on the hot pavement, it kind of makes you wonder doesn't it?

PLUS… Brennan says it is "definitely terrorism"… no doubt about it. HAS to be "terrorism", right?

Let me take a second to explain something to you. Terrorism is an act of violence or the THREAT of violence designed to prompt a change in a country in terms of it's economic, political or social structure.

How is ramming a car into a crowd of protesters you don't like to be considered an effort by that ONE PERSON to bring about a change in this country's social structure? Are we to assume the driver thought that running over a few counter protesters would make the rest of the country step back and say "yeah, the Robert E. Lee statue is history, not racism" and let it stand?

Communications were Cut Off While the Shooting Continued +Videos
Hidden City (Atlantis) Found in Firmament Atop Sky Dome (Watch 1080P!)

You May Like    Sponsored Links

Presidential Mistresses' Rooms Discovered, Wait Till You See Them
Trendchaser

See The Face Mask That Drew Barrymore Says Changed Her Life
Elle for Hanacure

Couple Takes In Starving Dog Only To Watch Him Transform Before Their Very Eyes
Her Moments

Avoid Terrible Email Sign-Offs With This New Extension
Grammarly

This adorable puppy with his mom will make your day
Topix

Willie Nelson's Wife Isn't Anything Like You Would Expect, Or Even Close
NinjaJournalist

This Travel Card Has No Annual Fee And $200 For Travel
Wise Bread

4 Stages To A Heart Attack — Are You At Risk?
Gundry MD

by Taboola

Most Recent Stories

Are We Losing America To Endless Immigration?

Case 3:18-cv-00017-GEC   Document 1-2   Filed 03/13/18   Page 3 of 9   Pageid#: 85

A terrorist blows up an airport because he wants to DISRUPT commerce and travel. A terrorist runs a campaign like GLADIO because he wants to prevent a nation from slipping too far to the left. A racist might run over "goddamned hippies" because he HATES THEM. But that's NOT terrorism.

However… if the event, the mass casualty event, was PLANNED to destabilize the nation, to DIVIDE the "alt-left' and the "alt-right"… then THAT IS TERRORISM.

Moving on…

"The violence and hatred in our society is out of control. We like to think that it's better than places like Africa and Asia, but it's not," said **Mr. Gilmore, who worked in Africa as a U.S. State Department foreign service officer** before leaving to manage the campaign of Tom Perriello for Virginia governor earlier this year. "I'm worried." New York Times

Given Brennan's rather suspicious positioning before the fact and his former employer (a State Department that is wholly disgusted with BOTH Trump and Tillerson for firing a number of 7th floor entrenched State Department career "soft power" activists) I thought I would look him up and see if I could find some more background on who is really is and what he did for them.

This is what I found:

Brennan M. Gilmore | Embassy of the United States Bangui, CAR

bangui.usembassy.gov/about-us/deputy-chief/deputy-chief-of-mission.html

**Prior to this, Mr.** *Gilmore* **served as the** *Special Assistant for Lord's Resistance Army* (*LRA*) **Issues in the Bureau of African Affairs**, coordinating the development …

The link is dead. They scrubbed it from the interwebs. But as you can probably imagine, when I saw he was linked somehow to the whole "STOP KONY 2012" psyop, I was amazed.

Then I found some more (not an easy thing to do mind you):

State/OIG recently posted its inspection report of the US Embassy in Bangui, a 15% danger pay post, as well as a 35% COLA and 35% hardship differential pay assignment.  The inspection took place in Washington, DC, between September 10 and 28, 2012, and in Bangui, the Central African Republic, between November 5 and 12, 2012.

The diplomatic mission is headed by *Ambassador Laurence D. Wohlers*, a career diplomat.  **The deputy chief of mission (DCM) is Brennan M. Gilmore.** The embassy temporarily suspended operations on December 28, 2012, as a result of the security situation in the country…

The Ambassador arrived in September 2010 **and the deputy chief of mission (DCM) in July 2011.** They constitute a team that is particularly strong in outreach and reporting and have successfully weathered a series of management challenges. They are not as successful when it comes to leadership and morale.

**The DCM has broad executive responsibilities.** He supervises the reporting agenda assigned to the first-tour political/economic/consular officer. The officer meets weekly with the DCM and usually the Ambassador as well.

- Signs In The Heavens - A Biblical Blue Moon?
- Why US GDP Hasn't Really Increased Since 2000
- Services and features of Admiral Markets
- Are Liberal Values to Blame for Mass Killings?
- A Silent Trump Voter's Journey From Stonington, Illinois, to Washington, D.C. (Video)
- Indonesia's Mount Sinabung Volcanic Blast Reshaped Summit (Video)
- Dracula Bram Stoker Biography Documentary
- Advanced Ancient Technology That Surpasses Any That We Know Of (Video)
- Thousands of Americans Jailed in Private Prisons for Small Debts

FEATURED
- Thousands of Americans Jailed in Private…
- What Happened When I Tried to Access I…
- Web Bot: Clif High: Crypto Blood 2018 St…
- Q Anon: Obama Russian Ties? Payback f…
- Deep State Making Final Move on Americ…
- How Money Changes the Way You Think an…
- Alex Jones - Full Show - Wednesday (2-2…
- CRISPR - Wait Until You Find Out What it…
- I Can't Title This Post Because it Will Be …
- The Failure of Fiat Currencies

TOP GLOBAL
- 'The Time for Reconciliation Is Over': South …
- Preston James and Mike Harris, Veterans To…
- Why Turkey Wants to Invade the Greek Isla…
- Putin Claims Russia Is Testing a New Range…
- Google and Facebook: Supping With the Devil …
- What Happened When I Tried to Access I…
- Operation Hogg Wash: The Back Story Just …
- Benjamin Fulford: February 26, 2018 - Th…
- Syria conflict: Syrian women told no sex no aid
- Red alert: Met issues highest weather warni…

TOP ALTERNATIVE
- Advanced Ancient Technology That Surp…

**The DCM is responsible primarily for military affairs, which include the U.S. Special Forces deployment to the eastern Central African Republic** and a rotational U.S. Africa Command liaison officer position. Diplopundit archive on Brennan Gilmore

The STOP KONY 2012 psyop was all about using the Joseph Kony boogieman to justify letting Barack Obama send Special Operations troops into Africa to run around and squash any and all resistance to our new imperialism campaign. It was a fraud. A show. And Brennan was part of it.

He was also part of the campaign of Tom Perriello's in Virginia to become the next governor. Perriello also has ties to the new African imperialism campaign that was waged under the watchful eyes of our first black president. Tom lost the primary two months ago in spite of the fact that he was backed by every establishment unDemocratic Party leader and even that Khan guy who was rolled out by Hillary Clinton to paint Trump as a racist way back when.

In **July 2015, President Obama appointed Tom Perriello to succeed former US Senator Russell Feingold as Special Envoy to the Great Lakes Region and the Democratic Republic of Congo.** As Special Envoy, Perriello was the US representative to a region including Democratic Republic of Congo, Burundi, and Rwanda, countries working to overcome a recent legacy of civil war and genocide.

In December 2016, Perriello indicated that he would run for Governor of Virginia in the 2017 election on a platform centered around economic justice **as well as resistance to the** Trump Administration.[51]

**Perriello is currently CEO of Win Virginia a PAC dedicated to helping Democrats win back the Virginia House of Delegates in 2017.**

And there's one more thing about the man Brennan Gilmore tried to make the next governor of Virginia… he's a centrist neoliberal linked to the CIA's USAID.

During the 2009 legislative session, Perriello voted for the American Recovery and Reinvestment Act,[31] **(he voted for TARP)** the American Clean Energy and Security Act,[32] and the Patient Protection and Affordable Care Act in March 2010.[33] During debate over the health care bill in the House, he voted for the Stupak-Pitts Amendment to the Affordable Health Care for America Act, which would have prohibited the use of federal funds to cover any part of the costs of any health plan that includes coverage of abortion **(and he voted for fascist ObamaCare but didn't want abortion to be paid for under it)…**

**Tom Perriello was selected by Secretary of State John Kerry to lead the 2015 Quadrennial Diplomacy & Development Review**, a strategic planning process intended to be conducted every four years for the U.S. Department of State **and the** U.S. Agency for International Development (USAID)…

He has worked as a consultant to the International Center for Transitional Justice in Kosovo (2003), Darfur (2005), and Afghanistan (2007) where he worked on justice-based security strategies.[13] Perriello has also been a fellow at The Century Foundation

Ah, so Tom worked mopping up resistance in places like Kosovo, Darfur and Afghanistan before becoming such a stalwart "progressive" huh?

- Are Liberal Values to Blame for Mass Killings?
- Why US GDP Hasn't Really Increased Since…
- Kyle Kulinski Sees the Bigger Threat Behind…
- Preston James and Mike Harris, Veterans To…
- Photos Show Venezuelan Zoo Animals St…
- Scientists Warn of the Potential for an ET…
- Google and Facebook: Supping With the Devil…
- ZetaTalk Newsletter as of March 4, 2018
- Biblical Blue Full Moon Tonight - 2 Full O…



**Case 3:18-cv-00017-GEC  Document 1-2  Filed 03/13/18  Page 5 of 9  Pageid#: 87**

And what's that about The Century Foundation? Who are they you ask?

Continued on Next Page

1 2 Next View as Single Page

## You May Like

Sponsored Links by Taboola

### She Transformed Her Thinning Hair With One Thing
Revitalizing Hair Therapy

### It's Like eBay, But Everything Sells in 90 Seconds.
Tophatter

### How To: Boost Telomeres At Home
LCR Health

### Doctor's New Discover Makes Foot Calluses "Vanish"
DermalMedix Skin Care

### Full Body Tattoos 10 - 40 Years Later!
Two Red Dots

### Mom Meets Son-In-Law, Later Photo Gives Her Chills
LifeBuzz

### For Patients, Providers and Communities, Seamlessly Connected Care.
Encompass Health

### This Photo Has Not Been Edited, Look Closer
Travelfuntu



**Doctor: How To Lose Your Belly Fat (Do This Every Day)**

A student from Cornell University recently discovered the fastest way to lose weight by combining these two ingredients.

Learn More  🔥 33,953

Promoted Content



## Related Stories

"Are People Really Stupid?"

"North Korea Versus the United States: Who are the Demons?"

And Now, All Aboard the Ghost Ship of Cannibal Rats With Billy Talent

The True Dream…

The Human Condition

Chet Raymo, "Examination of Conscience"

Freedom Road Socialist Organization condemns white supremacist attack in Charlottesville

Some Much-Needed Cuteness: Aimee Mann, "Goose Snow Cone"

"Mutiny of the Soul"

Charlottesville Attack: A Strategy of Tension (AE video)

## Comments

Your Comments



SUBMIT

## Total 6 comments

**Man**

OMG congrats on making the first post that Charlottesville protest is a fake plot!

Terrorism is to incite terror. You can do that without the Bombs. That is also what the KKK is doing perfectly. And they are a domestic terror group.

Seriously, if you have a group consisting of the KKK, NEo-Nazi's and white supremacist supporting the Robert Edward Lee Sculpture because it is part of Confederate Culture, you really need to think really hard why these groups are defending it.

Seriously, If i was a Alt-righter and you Have the KKK, Neo-Nazi's and white supremacists defending you. I would really think hard what my political ideology is about. Because if you don't support these groups. You should speak out or you are with them.

Similar to those Muslims who don't condemn Islamic terrorists.

AUG 13, 2017, 9:07 AM Reply -5

**Rockledge**

Bullshit.

AUG 13, 2017, 3:53 PM Reply 1

**drew**

No one pays any attention to you Man because you're extremely one-sided in your argument. You must be getting paid for your efforts and don't want to jeopardize your next pay increase.

AUG 13, 2017, 8:34 PM Reply 1

**Man**

If you have a grain of decency you should be doing that as well.

The American Vanguard has a Nazi reference as their website Link. Blood and soil was used as a slogan in Nazi germany.

You don't need to get paid to understand this common sense

AUG 13, 2017, 11:29 PM Reply -1

Case 3:18-cv-00017-GEC Document 1-2 Filed 03/13/18 Page 8 of 9 Pageid#: 90

**Rockledge**

When hate-mongering crybaby racists like Sharpton and Jesse whatshisname have their public whine events, you don't see white people interfering.

I am not for white supremacists ( although it isn't hard to see that given the condition our society has become pretty much is a recruitment commercial for them) but I am also not for limiting constitutional rights, and the klan and supremacists have just as much right to peaceful assembly and to celebrate AMERICAN culture as the brainwashed herd that hate this country and are trying to take it over.
It appears to me that what has really happened is a group of law abiding citizens got together to enjoy their constitutional right of assembly and were harassed by those who hate AMERICA and want us to keep just being america, the has been nation.

I am thinking a LOT of AMERICANS are sick and tired of all the crybaby dependent mentality bullshit
and likely see through the medias corrupt misrepresentation of reality.

AUG 13, 2017, 3:46 PM              Reply     1

**Man**

it is not american culture when you have people openly chanting racist slogans and doing nazi references on the street

This is like syaing that ISIS should be allowed to do an assembly and shout allah ackbar on the street.

it is crazy

AUG 13, 2017, 11:32 PM              Reply     -1

About | Advertise With Us | FAQ | Contact | Editorial Guidelines | Privacy | Terms of Service | Copyright Notification | RSS Subscribe | Widgets

Portions copyright © 2017 Temporal Media, Inc., All Rights Reserved.
Before It's News® is a registered Service Mark of Temporal Media, Inc..