# EXHIBIT D

 

SIGN IN

This video is no longer available because the YouTube account associated with this video has been terminated.

Case 3:18-cv-00017-GEC   Document 1-4   Filed 03/13/18   Page 2 of 2   Pageid#: 100