# EXHIBIT H

# BOMBSHELL: New evidence suggests Charlottesville was a complete SET-UP

By **Derrick Wilburn** - August 19, 2017

 FACEBOOK          TWITTER          Subscribe

At least one law enforcement officer in Charlottesville, VA has come forward to clear his conscience and reveal the truth — or at least his version of it — that what went down in the city was not only condoned by city governance but was intentional, orchestrated and may have been *planned* as long ago as May.

The as-yet unidentified police officer has said that the Charlottesville P.D. were specifically instructed to bring the radical left and right wing groups together to instigate violence and then to told to "stand down" once violence ensued in a deliberate effort to ignite a race riot. Hear his words:

The story is being told on YourNewsWire.com and other sources:

*"A Charlottesville police officer has come forward to express his anger at being told to "stand down" by the city mayor during violent clashes between protestors. He also claims the protests, which pitched "white supremacists" against members of Antifa, were "set up" to further the agenda of the elites.*

*"We [Charlotesville police] were ordered to bring the rival groups together. As soon as they were in contact with each other, we were told to stand down. It was outrageous. We weren't allowed to arrest anyone without asking the mayor first. We weren't even allowed to stop the driver as he sped away."*

*"The event was being set up as far back as at least May and it went like clockwork."*

*Michael Signer, the mayor of Charlottesville, ordered police to stand down during the most chaotic and destructive period of the protests – despite police protests against the orders.*

*"We wanted to do our job and keep the peace. But these mother******s in charge really want to destroy America."*

This revelation is huge and if true may implicate Mayor Signer and possibly other city officials in the death of a citizen.

"Fox News reporter Doug McKelway was on the scene in Charlottesville and he backs up the police officer's claims.

"*I can say, having been in Emancipation Park from early on that morning, that what I saw with my own two eyes confirms what this law enforcement source told us. At least from all visible appearances. We saw people coming out of that park who had head wounds, who were bleeding from the head, people walking into that park with bats, with sticks — you saw what they were wearing — helmets, body armor, they had come — and this pertains to both sides — they had come to do damage.. you cannot help but notice from that video that police had been more pro-active, they could have potentially calmed this thing down to some degree."*

Here's McKelway's initial report upon landing on the ground in Charlottesville. Remember this is long before these new revelations when neither he nor anyone had the slightest idea some dirty tricks may be afoot. To cut directly to the chase fast

Case 3:18-cv-00017-GEC   Document 1-8   Filed 03/13/18   Page 3 of 8   Pageid#: 173

forward to the 2:40 mark of this 3:51 long video and listen to what the reporter says:

*"As wounded were being brought out of the park police were sitting idly by."* Now why would the cops, sworn servants of the populace be just standing around while citizens are bleeding right in front of them? Could it be because they were given specific orders to render no assistance in an effort to let tensions fester?

Breaking911 tweeted video of James Fields, Jr., driver of the car in the deadly attack, as he fled the scene.  People are now noticing how at no point was the car that plowed into the crowd of protesters pursued by police – there is not a police car in sight leading into the area or in pursuit as he drives away! How does that happen?

In the 38-second video below cops are plainly visible as Fields drives his battered Chrysler away from the carnage. Officers can clearly be seen looking directly at the suspect and his torn up car yet they casually observe the man who'd just mowed down dozens of people.  They allow him to motor on by as if on a Sunday drive. They make NO effort to stop the car which is a mere yard or two away with its torn up windshield and front end traveling at a very low rate of speed leaving a trail of smoke:

Case 3:18-cv-00017-GEC   Document 1-8   Filed 03/13/18   Page 4 of 8   Pageid#: 174



 **Breaking911**
@Breaking911

NEW VIDEO: Car That Plowed Into Charlottesville Crowd Spotted Leaving the Scene

1:00 PM - Aug 14, 2017

631      1,207 people are talking about this

Does this seem like a normal reaction by law enforcement in such a situation? The depth of this conspiracy runs deeper:

"[Mayor] *Michael Signer is a Virginia Democratic activist with close ties to Barack Obama and John Podesta. Before landing the Charlottesville mayor job he previously worked closely with Podesta at the Center of American Progress and worked with him again on Barack Obama's State Department Transition Team.*

…**The man accused of being a neo-Nazi and murdering a woman by deliberately driving into her during protests in Charlottesville is in reality a supporter of Hillary Clinton and member of Antifa** *in receipt of funding by George Soros.*

*White supremacist and 'Unite the Right' leader, Jason Kessler, has been exposed as a supporter of former President Obama and a hardline member of far-left Occupy movement.*

Case 3:18-cv-00017-GEC   Document 1-8   Filed 03/13/18   Page 5 of 8   Pageid#: 175

When did he change his political leaning? According to the Southern Poverty Law Center (an organization that is certainly no friend to Conservatives), Kessler revealed his political transformation around November 2016, the same month Donald Trump won the presidential election.

*"If you think that is suspicious, wait until you learn about the other actors in this enormous set-up event.*

*Brennan Gilmore was the first man "on the scene" and was the author of the first viral tweet about Charlottesville. He was later interviewed by MSNBC. He was presented as an accidental witness. But who is he really?*

*Gilmore worked in Africa as a State Department foreign officer under Hillary Clinton. The New York Times mentioned this "coincidence" – and then later deleted it. Brennan Gilmore was also involved with the Kony hoax in 2012, and he is currently Chief of Staff for Tom Perrielo, who is running for Governor of Virginia and received $380k from George Soros.*

*So the first man on the scene, whose tweet went viral, and who was later interviewed on mainstream news as a witness, just happened to be a State Department insider with a long history of involvement in psy-ops? If you think this isn't fishy, how about this – since the Charlottesville protests and his appearance in the media, his information was suddenly removed from State Department websites."*

We need to clarify that these are early accounts and as yet unverified, but if true this is very, very serious stuff. It points directly to the reality of the "deep state" and more importantly to the lengths that the Soros/Clinton/Obama one-world government cabal will go in order to realize their desires for 'fundamental transformation.'

Folks this is much, much more serious than white supremacists versus Antifa fighting in the streets.

[NOTE: This article was written by Derrick Wilburn, Founder and Chairman of the Rocky Mountain Black Conservatives, and a speaker, author, columnist and analyst for multiple print and broadcast media outlets. Follow him on Facebook and at RMBlackConservatives.com.]

FACEBOOK     TWITTER     Subscribe

## Trending Now

Ads by Revcontent

**Living with Psoriasis: 9 Travel Tips**

**New Rule in Washington, District of Columbia Leaves Drivers Fuming**

**These Pets Never Looked So Guilty!**

**25 of the Shortest Women in Hollywood**

**Millions of People Are Canceling Their Cable Because of This New Site**

**Malia Obama's New Car Is Disgusting**