IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-GEC |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## MOTION FOR PRO HAC VICE ADMISSION OF ADERSON FRANCOIS

I, Andrew Mendrala, hereby move pursuant to Local General Rule 6(d) for the *pro hac vice* admission of Aderson Francois to the bar of this Court to act as co-counsel for the plaintiff, Brennan M. Gilmore, in this action. In support of this motion, plaintiff submits the attached Declaration of Aderson Francois, to show that Mr. Francois meets the requirements of Local General Rule 6(d).

Respectfully submitted,

   /s/ Andrew Mendrala
Andrew Mendrala, Virginia Bar No. 82424
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue NW
Washington, DC 20001
Tel: (202) 662-9065
Andrew.Mendrala@law.georgetown.edu
*Attorney for Plaintiff*

Dated: March 20, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-GEC |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF ADERSON FRANCOIS

I, Aderson Francois, declare as follows:

1. I am an attorney at the Civil Rights Clinic at Georgetown University Law Center, counsel for Plaintiff in the above-captioned action. I submit this declaration in support of Andrew Mendrala's March 20, 2018 Motion pursuant to Local General Rule 6(d) for the *pro hac vice* admission of Aderson Francois to the bar of this Court.

2. My full name is Aderson Bellegarde Francois.

3. My office address and telephone number are as follows:

    600 New Jersey Ave., NW
    Washington, D.C. 20001
    Telephone: 202-662-9593

4. I am admitted to the Bars of New York and the District of Columbia.

5. I am applying for *pro hac vice* admission to the Western District of Virginia only for the conduct of the above-captioned case.

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Washington, D.C. on this 20th day of March, 2018.

                                            Respectfully submitted,

                                            ___/s/__Aderson Francois_____
                                            Aderson Francois, D.C. Bar No. 798544
                                            CIVIL RIGHTS CLINIC
                                            GEORGETOWN UNIVERSITY LAW CENTER
                                            600 New Jersey Avenue NW
                                            Washington, DC 20001
                                            Tel: (202) 662-9593
                                            abf48@law.georgetown.edu

Dated: March 20, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

|  |  |  |
|---|---|---|
| BRENNAN M. GILMORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:18-cv-00017-GEC |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) | |

## [PROPOSED] ORDER

Upon consideration of the Motion of Andrew Mendrala for *Pro Hac Vice* Admission of Aderson Francois, Dated March 20, 2018, it is hereby

ORDERED that Aderson Francois be specially admitted to appear and participate in the above-captioned matter as co-counsel to Mr. Mendrala, attorney of record for the plaintiff.

Dated: _____, 2018

_____
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of March, 2018, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically with the Clerk of the Court.

                                                  /s/ Andrew Mendrala_____