CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 29 2018

JULIA C. DUDLEY, CLERK
BY: /s/ A. Bees
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

BRENNAN M. GILMORE,  )   Civil Action No. 3:18CV00017
   Plaintiff,  )
v.  )   **ORDER**
ALEXANDER E. (ALEX) JONES, et al.,  )
   Defendants.  )   By:   Hon. Glen E. Conrad
  )   Senior United States District Judge

On motion of counsel, Andrew Mendrala, Esq., a member of the bar of this court, for the pro hac vice admission of Aderson Bellegarde Francois, Esq., to practice before this court in the above-styled case, and this court, upon review of the motion, has concluded that it is well taken and should be granted.

It is now ORDERED that the motion is GRANTED and that Aderson Bellegarde Francois, Esq, Civil Rights Clinic, Georgetown University Law Center, 600 New Jersey Avenue, N.W., Washington, D.C. 20001, shall be admitted to proceed pro hac vice in this matter.

The Clerk shall send certified copies of this order to all counsel of record.

ENTER: This 28th day of March, 2018.

/s/ Glen E. Conrad
Senior United States District Judge