IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

BRENNAN M. GILMORE,

Plaintiff,

v.

ALEXANDER E. JONES, et al.,

Defendants.

Case No. 3:18- cv-00017 (GEC)

**(Proposed) Order Granting Free Speech Defendants'**
**Motion to Dismiss and Motion for Costs, Attorney Fees, and Sanctions**

This matter comes before the Court on the Motion to Dismiss and Motion for Costs, Attorney Fees, and Sanctions filed by Defendants Alex Jones, Lee Ann McAdoo, InfoWars, LLC, and Free Speech Systems, LLC (collectively, the "Free Speech Defendants"). The Court, having considered the papers filed in support of the Motions and the opposition thereto, finds the motions meritorious.

ACCORDINGLY, IT IS ORDERED that the Free Speech Defendants' Motion to Dismiss is GRANTED. Therefore, all of Plaintiff's claims against the Free Speech Defendants are dismissed with prejudice.

IT IS FURTHER ORDERED that the Free Speech Defendants' Motion for Costs, Attorney Fees, and Sanctions is GRANTED. The Court finds, pursuant to Tex. Civ. Prac. & Rem. Code § 27.009 or Va. Code § 8.01-223.2, that the Free Speech Defendants are entitled to an award of costs and attorney fees in an amount to be proven. The Court finds, pursuant to Tex. Civ. Prac. & Rem. Code § 27.009 that the Free Speech Defendants are entitled to an award of sanctions to be determined.

Accordingly, the Court Orders the Free Speech Defendants to submit a bill of costs and fees and a memorandum concerning sanctions within 21 days of service of this Order. The Plaintiff may submit any opposition to the requested amount of costs, fees, and sanctions within 14 days thereafter, and the Free Speech Defendants may respond to any opposition within 7 days thereafter.

IT IS SO ORDERED.


Dated: _____          By:     _____
                                                The Honorable Glen E. Conrad
                                                U.S. District Court Judge