IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) <br> ) <br> ) Civil Action No. 3:18CV00017 |
| Plaintiff | ) <br> ) **ORDER** |
| v. | ) <br> ) By:  Hon. Glen E. Conrad |
| ALEXANDER (ALEX) E. JONES, et al | )         Senior U. S. District Judge <br> ) |
| Defendants | ) |

Finding good cause, it is now

O R D E R E D

that this matter be TRANSFERRED to the docket of the Honorable Michael F. Urbanski, Chief United States District Judge, for all further action.

The Clerk is directed to certify copies of this Order to all parties.

ENTER: This 9th day of May, 2018.

                                          *s/ Glen E. Conrad*
                                    Senior United States District Judge