IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | **CASE NO.: 3:18-cv-00017-MFU** |
| Plaintiff | |
| v. | |
| **ALEXANDER JONES, et al.,** | **JOINT MOTION TO DISMISS AND MOTION FOR ATTORNEY FEES AND COSTS OF DEFENDANTS HOFT, CREIGHTON, STRANAHAN, WILBURN, HICKFORD AND WORDS-N-IDEAS, LLC** |
| Defendants | |

NOW COME Defendants James Hoft, Lee Stranahan, R. Scott Creighton, Derrick Wilburn, Michele Hickford and Words-N-Ideas, LLC (hereinafter "WNI") by their counsel Aaron J. Walker, Esq., in the above-styled case for the sole purpose of filing this joint motion to dismiss and motion for attorney fees and costs, without waiving any rights of jurisdiction, notice, process, joinder, or venue. They pray that this Court issues an order dismissing the First Amended Complaint (ECF No. 29) for lack of subject matter jurisdiction, lack of personal jurisdiction (with respect to Mr. Hoft, Mr. Creighton, Mr. Wilburn, Ms. Hickford and WNI), failure to state a claim upon which relief can be granted, and based on the immunity granted by VA. CODE § 8.01-223.2. They also pray that this Court grant them costs and attorney fees pursuant to VA. CODE § 8.01-223.2(B). The grounds and basis for this motion are set forth in more detail in the accompanying Brief in Support of the Motion to Dismiss and Motion for Attorney Fees and Costs of Defendants Hoft, Stranahan, Creighton, Wilburn, Hickford and WNI.

Wednesday, May 9, 2018                    Respectfully submitted,


                                           *s/ Aaron J. Walker*
                                          Aaron J. Walker, Esq.
                                          *Attorney for Defendants Hoft, Stranahan, Creighton, Wilburn, Hickford and WNI*
                                          Va. Bar# 48882
                                          7537 Remington Road
                                          Manassas, Virginia 20109
                                          (703) 216-0455
                                          AaronJW72@gmail.com


## CERTIFICATE OF SERVICE

     I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia on Wednesday, May 9, 2018. All participants in the case will be served automatically.


                                           *s/ Aaron J. Walker*

2