**EXHIBIT G**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | CASE NO.: 3:18-cv-00017-MFU |
| Plaintiff | |
| v. | |
| **ALEXANDER JONES, et al.,** | |
| Defendants | DECLARATION OF ERIC JOHNSON |

1. My name is Eric Johnson, and I make these statements based upon my own personal knowledge unless otherwise indicated. I am a resident of Tennessee. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true. In the name of full disclosure, Aaron Walker has been my lawyer in other matters over the years.

2. I was first registered to vote when I turned 18 years old in 1980, while living in Oklahoma. In 1982, I moved from Oklahoma to Louisiana with the intention of making Louisiana my home for the foreseeable future. I registered to vote in Louisiana and did vote in Louisiana. However, at no time did I take any step to affirmatively inform Oklahoma authorities that I should be removed from their voter rolls, but I also made no attempt to vote in Oklahoma after I moved to Louisiana.

3. In 1993, I moved from Louisiana to Texas, with the intention of making Texas my home for the foreseeable future. I registered to vote in Texas and did vote in Texas. However, at no time did I take any step to affirmatively inform Louisiana authorities that I should be removed from their voter rolls, but I also made no attempt to vote in Louisiana after I moved to Texas.

Finally, in 2008, I moved to Tennessee, where I currently reside. This was done with the intent of making Tennessee my home for the foreseeable future, and I have continually lived in Tennessee since then. I registered to vote in Tennessee and did vote in Tennessee. However, at no time did I take any step to affirmatively inform Texas authorities that I should be removed from their voter rolls, but I also made no attempt to vote in Texas after I moved to Tennessee.

    I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on May 9, 2018 in \_\_\_\_\_Henry County_____, \_\_\_\_Tennessee_____.
                                              (county)                                 (state/territory)

                                                                 *s/ Eric Johnson*
                                                                     (signature)