# EXHIBIT H

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | **CASE NO.: 3:18-cv-00017-MFU** |
| Plaintiff | |
| v. | |
| **ALEXANDER JONES, et al.,** | |
| Defendants | **DECLARATION OF SARAH PALMER** |

1. My name is Sarah Palmer, and I make these statements based upon my own personal knowledge unless otherwise indicated. I am a resident of North Carolina. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true. In the name of full disclosure, Aaron Walker has been my lawyer in other matters over the years.

2. I am currently registered to vote in North Carolina. I have only been registered to vote in one other state: California. I first registered to vote in California when I turned 18 years old. I moved to North Carolina from California in 2014 with the with the intention of making North Carolina my home for the foreseeable future. I didn't register to vote in North Carolina right away but waited until 2015 to do so and I have voted in North Carolina since then. However, at no time did I take any step to affirmatively inform California authorities that I should be removed from their voter rolls, but I also made no attempt to vote in California after I moved to North Carolina.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on May 9, 2018 in _____Guilford County_____, ____North Carolina__.
                                                      (county)                                       (state/territory)

                                                                            _s/ Sarah Palmer_____
                                                                                         (signature)