**EXHIBIT I**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | CASE NO.: 3:18-CV-00017-MFU |
| Plaintiff | |
| v. | |
| **ALEXANDER JONES, et al.,** | |
| Defendants | DECLARATION OF WILLIAM HOGE III |

1. My name is William John Joseph Hoge III, and I make these statements based upon my own personal knowledge unless otherwise indicated. I am a resident of Maryland. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true. Aaron Walker represents me as my lawyer in other matters.

2. I was born in Tennessee on 31 December, 1947, and registered to vote in that state shortly after my 21st birthday (this was prior to the ratification of the 26th Amendment). In October, 1982, I permanently moved to California. I registered to vote in California and voted there, but I did not inform Tennessee to purge me from that state's voter rolls. I have not voted in Tennessee since 1982.

3. In February, 1990, I permanently moved from California to Maryland, and I registered to vote in Maryland shortly after buying a house in May, 1990. I have voted in every Maryland general election since then. While I have never informed California to purge me from its voter rolls, I have not voted in California since 1989.

2

Case 3:18-cv-00017-NKM   Document 47-9   Filed 05/09/18   Page 2 of 3   Pageid#: 1030

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.

Executed on 28 April, 2018 in <u>      Carroll County            </u> , <u>     Maryland           </u>
                                                             (county)                       (state/territory)

<u>  *s/ William John Joseph Hoge III*  </u>
(signature)