# EXHIBIT L

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | **CASE NO.: 3:18-cv-00017-MFU** |
| **Plaintiff** | |
| **v.** | |
| **ALEXANDER JONES, et al.,** | |
| **Defendants** | **DECLARATION OF GEORGE HOWELL** |

1.      My name is George Howell, and I make these statements based upon my own personal knowledge unless otherwise indicated. I am a resident of West Virginia. I am over 18 years of age, and if called to do so, I am competent to testify that the contents of this declaration are accurate and true.

2.      I am currently registered to vote in West Virginia.  I have only been registered to vote in one other state: Maryland.  I was born and raised in Maryland.  I first registered to vote in Maryland in 1991 on the same day I registered with the Selective Service, and I did vote in that state.  I moved to West Virginia from Maryland in 2016 with the with the intention of making West Virginia my home for the foreseeable future.  I registered to vote in West Virginia approximately two months later.  However, at no time did I take any step to affirmatively inform Maryland authorities that I should be removed from their voter rolls, but I also made no attempt to vote in Maryland after I moved to West Virginia.

2

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct to the best of my knowledge.


Executed on May 9, 2018 in _____[insert] County_____, _____West Virginia_____.
                                                        (county)                              (state/territory)


                                                      *s/ George Howell*_____

                                                       (signature)

Case 3:18-cv-00017-NKM   Document 47-12   Filed 05/09/18   Page 3 of 3   Pageid#: 1041