# Exhibit H



Andrew Mendrala <am3787@georgetown.edu>

## Gilmore v. Jones et al. briefing schedule

**Aaron J. Walker** <aaronjw1972@gmail.com>　　　　　　　　　　　　　　　　　Thu, Apr 26, 2018 at 11:09 PM
To: Andrew Mendrala <Andrew.Mendrala@georgetown.edu>
Cc: "Bailen, Mark" <MBailen@bakerlaw.com>, Aderson Francois <abf48@georgetown.edu>, "Grossman, Andrew M" <agrossman@bakerlaw.com>, "Scully, Elizabeth" <EScully@bakerlaw.com>, "Raile, Richard" <rraile@bakerlaw.com>

Mr. Mendrala,

You will find a motion for leave to file a surreply to correct the record via ECF noticing.  I didn't hammer this home in my proposed surreply but your reply did state that "Mr. Stranahan does not dispute the fact that he has a Texas driver's license." The reality was that what he didn't dispute was an allegation, not a fact, because the claim he has a driver's license in any state is not a fact.  As a member of the bar, as a teacher trying to set an example for his students, you should have corrected the record.

That being said, I need to make my own correction and I will apologize.  My paralegal tried a few things in the Secretary of State of Texas website and discovered that in fact Lee is registered there, at least according to their records. But  I will note that this is an uncommonly silly point to hang your hat on.  I know lots of "carpetbaggers."  I am one.  None of them ever de-registered in their old state when they moved.  If you think in light of all the other counter-veiling evidence—where he is currently residing and working, the fact he has no home or family in texas, the fact he declared himself a Texan for tax purposes, not to mention his own statement he intends to be a Virginian—shows that you will never prove to a preponderance of the evidence that subject matter jurisdiction exists.

I know you hate me pointing this out, but I am hoping at some point it gets through to you that you need to mitigate you and your client's possible exposure to sanctions.  Your side needs to do the honorable and ethical thing and recognize you are in the wrong court.

Aaron

Sent from the Law Office of Aaron J. Walker

**From:** Andrew Mendrala
**Sent:** Thursday, April 26, 2018 2:07 PM

[Quoted text hidden]

[Quoted text hidden]