CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUL 0 2 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> *Plaintiff*, <br><br> v. <br><br> ALEXANDER E. JONES, *ET AL.*, <br><br> *Defendants*. | CASE NO. 3:18-cv-00017 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The motion for leave to file an amici brief (dkt. 83) is **DENIED** for substantially the same reasons set forth in the brief opposing its consideration. (Dkt. 84). The pro hac vice motion of the proposed amici's counsel is also **DENIED as moot**. (Dkt. 82).

Entered on this 2nd day of July, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE