## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | **CASE NO.: 3:18-cv-00017-NKM-JCH** |
| **Plaintiff** | |
| **v.** | |
| **ALEXANDER JONES, et al.,** | **MOTION FOR SANCTIONS FILED BY DEFENDANTS HOFT, STRANAHAN, CREIGHTON, WILBURN, HICKFORD, AND WORDS-N-IDEAS, LLC.** |
| **Defendants** | |

NOW COME Defendants Hoft, Stranahan, Creighton, Wilburn, Hickford, and Words-N-Ideas, LLC, by their counsel Aaron J. Walker, Esq., in the above-styled case for the sole purpose of filing this motion for sanctions, without waiving any rights of jurisdiction, notice, process, joinder, or venue. They pray that this Court issues an order granting monetary sanctions against the Plaintiff or his counsel pursuant to Fed. R. Civ. P. 11(c). The grounds and basis for this motion are set forth in more detail in the accompanying Brief in Support of the Joint Motion for Sanctions of Defendants Hoft, Stranahan, Creighton, Wilburn, Hickford, and Words-N-Ideas, LLC.

Respectfully submitted,

_s/ Aaron J. Walker_
Aaron J. Walker, Esq.
*Attorney for Defendants Hoft, Stranahan, Creighton, Wilburn, Hickford and Words-N-Ideas, LLC*
Va Bar# 48882
7537 Remington Road
Manassas, Virginia 20109
(703) 216-0455
AaronJW72@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia on October 10, 2018. Participants in the case who are registered for electronic filing will be served automatically.

Further, in compliance with Fed. R. Civ. P. 11(c)(2), I served the foregoing on opposing counsel by electronic mail, pursuant to their consent under W.D. Va. Gen. R. 7(h). This service occurred on September 19, 2018, more than 21 days before filing the foregoing with this Court, giving the Plaintiff an opportunity to rectify their errors. If this is filed with the court, this is because the Plaintiff has not rectified the errors identified by the attached brief.

_s/ Aaron J. Walker_