CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

11/05/2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEXANDER JONES, *ET AL.*,<br><br>*Defendants*. | CASE NO. 3:18-cv-00017<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The Court is in receipt of the motions to dismiss Plaintiff's Amended Complaint (dkts. 46, 56, and 58) and Defendants Creighton, Hickford, Hoft, Stranahan, Wilburn, and Words-N-Ideas, LLC's motion for sanctions under Rule 11. (Dkt. 101). At the hearing set for November 13, 10:00 a.m., the Court will not hear argument regarding the motion for sanctions, nor the application of the Texas Citizens Participation Act or the Virginia Anti-SLAPP Act.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this 5th day or November, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE