# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**

vs.

**Alexander E. Jones, et al**

Action No: 3:18CV17
Date: 11/13/2018
Judge: Norman K. Moon
Court Reporter: Sonia Ferris
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Andrew Mendrala
Brianne Gorod

Defendant Attorney(s)
Thomas Albro
Andrew Grossman
Brandon Bolling
Aaron Walker

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Motion Hearing [46] Motion to Dismiss for Failure to State a Claim; [58] Motion to Dismiss for Failure to State a Claim; [56] Motion to Dismiss for Failure to State a Claim

9:48-11:15=1 hr 27 min, 11:24-12:10=46 Total: 2 hrs 13 min

Arguments heard from defendants.

Counsel for Plaintiff respond.

Break.

Counsel resumes arguments.

Defense closes.

Order will issue.