IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## MOTION OF KATHERINE J. O'KONSKI TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 6(i), attorney Katherine J. O'Konski, counsel for Lyrissa B. Lidsky, Tamara R. Piety, David A. Strauss, and Carlos A. Ball ("First Amendment and Media Law Scholars"), hereby moves to withdraw her appearance in this case, and in support of this motion respectfully shows as follows:

1. Katherine J. O'Konski entered an appearance as amicus counsel on behalf of the First Amendment and Media Law Scholars in this matter after being admitted *pro hac vice*.

2. Ms. O'Konski is departing the law firm of Spiegel & McDiarmid LLP and will therefore be unable to continue to represent the First Amendment and Media Law Scholars.

3. Attorney Katharine M. Mapes of Spiegel & McDiarmid LLP will continue to represent the First Amendment and Media Law Scholars in this matter, along with attorney Athanasios Basdekis, a member of the Bar of this Court and of the law firm Bailey & Glasser LLP.

WHEREFORE, the undersigned Katherine J. O'Konski respectfully requests that she be granted leave to withdraw as counsel for the First Amendment and Media Law Scholars in this matter.

Respectfully submitted,

/s/ Katherine J. O'Konski
Katherine J. O'Konski (D.C. Bar No. 1014691)
SPIEGEL & MCDIARMID LLP
1875 Eye Street, NW
Suite 700
Washington, DC 20006
Telephone: (202) 879-4000
katherine.okonski@spiegelmcd.com

Dated: November 28, 2018

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

Before the Court is the Motion of Katherine J. O'Konski to Withdraw as Counsel for the First Amendment and Media Law Scholars, dated November 28, 2018. *Amici* First Amendment and Media Law Scholars will continue to be represented by other counsel of record in this case.

Accordingly, and for good cause shown, it is hereby ORDERED that attorney Katherine J. O'Konski be granted leave to withdraw as amicus counsel on behalf of the First Amendment and Media Law Scholars.

Dated: _____, 2018

_____
United States District Judge

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of November, 2018 a copy of the foregoing Motion to Withdraw as Counsel was filed electronically with the Clerk of the Court.

*/s/ Katherine J. O'Konski*
Katherine J. O'Konski