UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>ALEXANDER ("ALEX") E. JONES, INFOWARS, LLC, a Texas limited liability company, FREE SPEECH SYSTEMS, LLC, a Texas limited liability company, LEE STRANAHAN, LEE ANN MCADOO a/k/a LEE ANN FLEISSNER, SCOTT CREIGHTON, JAMES ("JIM") HOFT, ALLEN B. WEST, and DERRICK WILBURN,<br><br>　　　　　　　　Defendants. | Case No. 3:18-cv-00017-NKM |

## NOTICE OF APPEARANCE

To the Clerk of the Court and All Counsel of Record:

　　Pursuant to Rule 6(c) of this Court's Local Rules, please note my appearance as attorney of record in the above-captioned case on behalf of *amici curiae* Professors Christine Bartholomew, Danielle Citron, Brooke Coleman, Scott Dodson, Howard Erichson, Helen Hershkoff, Lee Kovarsky, Sarah Ludington, Philip Pucillo, Alexander Reinert, Joan Shaughnessy, Benjamin Spencer, Adam Steinman, and Suja Thomas ("Scholars" or "*Amici*").

　　A certificate of good standing from the Clerk of the Eastern District of Virginia is attached to this Notice and the original certificate has been filed with the Clerk. *See* W.D. Va. Gen. R. 6(c).

1

Dated: November 28, 2018              Respectfully submitted,

                                      /s/ Alison S. Deich
                                      Alison S. Deich
                                          E.D. Va. Bar No. 87452
                                      COHEN MILSTEIN SELLERS
                                          & TOLL PLLC
                                      1100 New York Avenue, N.W.
                                      Fifth Floor
                                      Washington, D.C. 20005
                                      Tel. (202) 408-4600
                                      adeich@cohenmilstein.com

UNITED STATES DISTRICT COURT

Eastern **DISTRICT OF** Virginia

**CERTIFICATE OF
GOOD STANDING**

I, Fernando Galindo, *Clerk of this Court,*

*certify that* Alison Sarah Deich, *Bar #* 87452,

*was duly admitted to practice in this Court on*

November 9, 2018, *and is in good standing*
DATE

*as a member of the Bar of this Court.*

*Dated at* Alexandria, VA *on* November 14, 2018.
LOCATION                                    DATE

Fernando Galindo                              
*CLERK OF COURT*                              *DEPUTY CLERK*