IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## MOTION TO WITHDRAWAL AS COUNSEL OF RECORD

I, Michael B. Hissam, counsel for amici curiae Lyrissa B. Lidsky, Tamara R. Piety, David A. Strauss, Carlos A. Ball, ("First Amendment and Media Law Scholars" or "Amici") in the above-captioned matter, move for leave to withdraw as counsel of record pursuant to Local Rule 6(i). In support of his motion, counsel states as follows:

1. First Amendment and Media Law Scholars has retained the law firm of Bailey & Glasser LLP as counsel of record in this matter.

2. Athanasois Basdekis of the law firm of Bailey & Glasser LLP has entered an appearance in this matter.

3. I am no longer affiliated with the law firm of Bailey & Glasser LLP, and neither I nor my current firm (Hissam Forman Donovan Ritchie PLLC) are involved with this matter.

4. My withdrawal as counsel will not materially adversely affect the interests of the parties in this matter, and the law firms of Bailey & Glasser LLP and Spiegel & McDiarmid LLP will continue to serve as counsel for First Amendment and Media Law Scholars.

WHEREFORE, the undersigned Michael B. Hissam respectfully requests that he be granted leave to withdraw as counsel of record for the First Amendment and Media Law Scholars in this case.

Dated: January 11, 2019

Respectfully submitted,

/s/ Michael B. Hissam
Michael B. Hissam (VSB #76843)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
mhissam@hfdrlaw.com
T: (681) 265-3802
F: (304) 982-8056

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Withdrawal as Counsel of Record was served upon all counsel of record through the Court's ECF system.

Dated: January 11, 2019

/s/ Michael B. Hissam
Michael B. Hissam (VSB #76843)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
mhissam@hfdrlaw.com
T: (681) 265-3802
F: (304) 982-8056

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

**Charlottesville Division**

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM |
| | ) Magistrate Joel C. Hoppe |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## [PROPOSED] ORDER GRANTING LEAVE TO WITHDRAWAL

CAME THIS DAY, Michael B. Hissam, of the law firm of Hissam Donovan Forman Ritchie PLLC, counsel for the First Amendment and Media Law Scholars in the above-referenced case and moved this Honorable Court for leave to withdraw as counsel of record. Upon review of the Motion and nothing that the First Amendment and Media Law Scholars has retained other counsel, who have appeared in this action to represent its interests, the Court finds good cause for withdrawal and does hereby GRANT Mr. Hissam leave to withdraw as counsel of record.

The Clerk of this Court is ORDERED to mail certified copies of this Order to all parties of record at the following addresses:

ENTERED this _____ day of _____, 2019.

_____
Magistrate Joel C. Hoppe

Prepared and presented by:

/s/ Michael B. Hissam
Michael B. Hissam (VSB #76843)
Hissam Forman Donovan Ritchie PLLC
P.O. Box 3983
Charleston, WV 25339
mhissam@hfdrlaw.com