CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

03/29/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA

#### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>*Plaintiff,*<br><br>v.<br><br>ALEXANDER ("ALEX") E. JONES, *ET AL.*,<br><br>*Defendants.* | CASE NO. 3:18-cv-00017<br><br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court upon Defendants' multiple motions to dismiss. (Dkts. 46; 56; 58). For the reasons stated in the accompanying memorandum opinion, the Court hereby

**ORDERS** the following:

- Defendant West's motion to dismiss, (dkt. 58), is hereby **GRANTED IN PART** and **DENIED AS MOOT IN PART**. West's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) is **GRANTED**, and West is hereby dismissed from this action without prejudice. West's other motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) are **DENIED AS MOOT**.

- Defendants Creighton, Hoft, Stranahan, Wilburn, Hickford, and Words-N-Ideas's motion to dismiss, (dkt. 46), is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(2) are **DENIED**. Defendants' motion to dismiss Plaintiff's defamation claims pursuant to Fed. R. Civ. P. 12(b)(6) is **DENIED** but their motion to dismiss Plaintiff's intentional infliction of emotional distress (IIED) claims pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED**, and those claims are hereby dismissed without prejudice.

- Defendants Jones, McAdoo, InfoWars, and Free Speech Systems' motion to dismiss, (dkt. 56), is **GRANTED IN PART** and **DENIED IN PART**. Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) is **DENIED.** Defendants' motion to dismiss Plaintiff's defamation claims pursuant to Fed. R. Civ. P. 12(b)(6) is **DENIED** but their motion to dismiss Plaintiff's IIED claims pursuant to Fed. R. Civ. P. 12(b)(6) is **GRANTED,** and those claims are hereby dismissed without prejudice.

- Defendants' motions for immunity and attorneys fees under Va. Code § 8.01-223.2, (dkts. 46; 56; 58), are **DENIED**. Defendants' motions for immunity and attorneys fees under Tex. Civ. Prac. & Rem. Code § 27.001, (dkts. 56; 58), are **DENIED AS MOOT.**

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

Entered this ___29th___ day of March, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE