IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,**  Plaintiff  v.  **ALEXANDER JONES, et al.,**  Defendants | **CASE NO.: 3:18-cv-00017-NKM-JCH**  **CONSENT MOTION TO WITHDRAW AS COUNSEL FOR MR. STRANAHAN BY AARON J. WALKER, ESQ.** |

Pursuant to Local Rule 6(i), attorney Aaron J. Walker, counsel for defendant Lee Stranahan, hereby moves to withdraw his appearance in this case and in support would respectfully show as follows:

1. The undersigned Aaron J. Walker previously entered an appearance as counsel for defendant Lee Stranahan *and this motion only pertains to his representation of Mr. Stranahan*.

2. Mr. Stranahan and Mr. Walker have mutually agreed to end their attorney-client relationship in this matter.

3. Mr. Stranahan has stated to Mr. Walker that he intends to retain new counsel and is aware of all deadlines in this matter.

4. Counsel for the other parties have been consulted and do not oppose this motion.

WHEREFORE, the undersigned Aaron J. Walker respectfully requests that he be granted leave to withdraw as counsel for Lee Stranahan in this matter.

Monday, April 22, 2019                    Respectfully submitted,


   *s/ Aaron J. Walker*
Aaron J. Walker, Esq.
Va Bar# 48882
7537 Remington Road
Manassas, Virginia 20109
(703) 216-0455
AaronJW72@gmail.com


## CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia on April 22, 2019. Participants in the case who are registered for electronic filing will be served automatically.


   s/ Aaron J. Walker