CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/13/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN GILMORE et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:18-cv-00017 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER ("ALEX") E. JONES et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on a motion by Aaron J. Walker, Esq., to withdraw as counsel of record for Defendant Lee Stranahan. ECF No. 128. Counsel states that he and Mr. Stranahan have "mutually agreed to end their attorney-client relationship," and that Mr. Stranahan "intends to retain new counsel" to represent him in this matter. The motion, ECF No. 128, is **GRANTED**, and the Clerk is directed to terminate Mr. Walker as counsel of record for Defendant Lee Stranahan.

If Mr. Stranahan chooses to retain new counsel, a licensed attorney must enter his or her appearance on Mr. Stranahan's behalf in this matter. Counsel must be admitted to practice before the United States District Court for the Western District of Virginia. *See* W.D. Va. Gen. R. 6(a)–(d), (i). Mr. Stranahan is currently proceeding pro se, and, unless and until counsel enters an appearance on his behalf, Mr. Stranahan is solely responsible for conducting his defense in accordance with all rules, court orders, and deadlines in this case.

It is so ORDERED.

ENTER: May 13, 2019

*/s/ Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge