CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

05/20/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Charlottesville Division**

| | |
|---|---|
| BRENNAN M. GILMORE, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>ALEXANDER ("ALEX") E. JONES; )<br>INFOWARS, LLC, a Texas Limited Liability )<br>Company; FREE SPEECH SYSTEMS, LLC, a )<br>Texas Limited Liability Company; LEE )<br>STRANAHAN; LEE ANN MCADOO A/K/A )<br>LEE ANN FLEISSNER; )<br>SCOTT CREIGHTON; JAMES ("JIM") )<br>HOFT; DERRICK WILBURN; )<br>MICHELE HICKFORD; )<br>and WORDS-N-IDEAS, LLC, )<br>)<br>Defendants. )<br>) | Case No. 3:18-CV-00017-NKM |

## ORDER

Upon consideration of the motion to set briefing schedule for resolution of motions for reconsideration and interlocutory appeal and for leave to file five additional pages by Plaintiff Brennan Gilmore, it is hereby:

ORDERED that the motion to set briefing schedule for resolution of motions for reconsideration and interlocutory appeal is GRANTED; and it is further

ORDERED that Plaintiff's motion for leave to file five additional pages is GRANTED; Plaintiff shall have five additional pages to respond to Defendants' motions, giving him a thirty page limit for his opposition; and it is further

ORDERED that the following briefing schedule shall apply to the remaining briefing of the motions for reconsideration or interlocutory appeal filed by defendants in the above-captioned case:

1. Plaintiff's Consolidated Opposition shall be due May 23, 2019;
2. Reply briefs shall be due June 6, 2019.

IT IS SO ORDERED.

Date: May 10, 2019

Joel C. Hoppe
United States Magistrate Judge