**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER ("ALEX") E. JONES; INFOWARS, LLC, a Texas limited liability company; FREE SPEECH SYSTEMS, LLC, a Texas limited liability company; LEE STRANAHAN; LEE ANN MCADOO a/k/a LEE ANN FLEISSNER; SCOTT CREIGHTON; JAMES ("JIM") HOFT; DERRICK WILBURN; MICHELE HICKFORD; and WORDS-N-IDEAS, LLC,<br><br>　　　　　　Defendants. | Case No. 3:18-cv-00017-NKM-JCH |

## MOTION OF ALISON S. DEICH TO WITHDRAW APPEARANCE

Pursuant to Local Rule 6(i), Alison S. Deich, counsel for *amici curiae* Professors Christine Bartholomew, Danielle Citron, Brooke Coleman, Scott Dodson, Howard Erichson, Helen Hershkoff, Lee Kovarsky, Sarah Ludington, Philip Pucillo, Alexander Reinert, Joan Shaughnessy, Benjamin Spencer, Adam Steinman, and Suja Thomas ("Scholars" or "*Amici*"), hereby moves to withdraw her appearance in this case, and in support of this motion states as follows:

1. Alison S. Deich entered an appearance as counsel on behalf of the Scholars in this matter;

2. The Scholars requested leave to submit a single *amicus* brief to aid the Court in its assessment of the Defendants' then-pending motions to dismiss, and the Court granted the Scholars' request, *see* Dkt. 78;

3. Earlier this year, the Court issued its opinion largely denying the motions to dismiss, *see* Dkt. 123; and

4. The Scholars' participation as *amici* has concluded, and their representation by Ms. Deich and Cohen Milstein Sellers & Toll PLLC has ended.

WHEREFORE, the undersigned Alison S. Deich respectfully requests that she be granted leave to withdraw as counsel for the Scholars in this matter.

Respectfully submitted,

*/ s / Alison S. Deich*
Alison S. Deich
    E.D. Va. Bar No. 87452
COHEN MILSTEIN SELLERS
    & TOLL PLLC
1100 New York Avenue, N.W.
Fifth Floor
Washington, D.C. 20005
Tel. (202) 408-4600
adeich@cohenmilstein.com

Dated: June 7, 2019

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

BRENNAN M. GILMORE,

               Plaintiff,

       v.

ALEXANDER ("ALEX") E. JONES;
INFOWARS, LLC, a Texas limited liability
company; FREE SPEECH SYSTEMS,
LLC, a Texas limited liability company;
LEE STRANAHAN; LEE ANN MCADOO
a/k/a LEE ANN FLEISSNER; SCOTT
CREIGHTON; JAMES ("JIM") HOFT;
DERRICK WILBURN; MICHELE
HICKFORD; and WORDS-N-IDEAS,
LLC,

               Defendants.

Case No. 3:18-cv-00017-NKM-JCH

## <u>ORDER</u>

Before the Court is the Motion of Alison S. Deich to Withdraw as counsel for the

Scholars, dated June 7, 2019.

Accordingly, and for good cause shown, it is hereby ORDERED that attorney Alison S.

Deich be granted leave to withdraw, and that the Scholars be terminated from the docket.

Dated: _____, 2019

_____
United States Magistrate Judge