CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
06/17/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

BRENNAN M. GILMORE,

    Plaintiff,

v.

ALEXANDER ("ALEX") E. JONES; INFOWARS, LLC, a Texas limited liability company; FREE SPEECH SYSTEMS, LLC, a Texas limited liability company; LEE STRANAHAN; LEE ANN MCADOO a/k/a LEE ANN FLEISSNER; SCOTT CREIGHTON; JAMES ("JIM") HOFT; DERRICK WILBURN; MICHELE HICKFORD; and WORDS-N-IDEAS, LLC,

    Defendants.

Case No. 3:18-cv-00017-NKM-JCH

## ORDER

Before the Court is the Motion of Alison S. Deich to Withdraw as counsel for the Scholars, dated June 7, 2019.

Accordingly, and for good cause shown, it is hereby ORDERED that attorney Alison S. Deich be granted leave to withdraw, and that the Scholars be terminated from the docket.

Dated: __June 17_____, 2019

                                                                _____
                                                                United States Magistrate Judge