IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER ("ALEX") E. JONES; INFOWARS, LLC, a Texas Limited Liability Company; FREE SPEECH SYSTEMS, LLC, a Texas Limited Liability Company; LEE STRANAHAN; LEE ANN MCADOO A/K/A LEE ANN FLEISSNER; SCOTT CREIGHTON; JAMES ("JIM") HOFT; DERRICK WILBURN; MICHELE HICKFORD; and WORDS-N-IDEAS, LLC,<br><br>    Defendants. | No. 3:18-cv-00017-NKM-JCH |

**MOTION FOR PRO HAC VICE ADMISSION OF ASHWIN P. PHATAK**

I, Andrew Mendrala, hereby move pursuant to Local General Rule 6(d) for the *pro hac vice* admission of Ashwin P. Phatak to the bar of this Court to act as co-counsel for the plaintiff, Brennan M. Gilmore, in this action. In support of this motion, plaintiff submits the attached Declaration of Ashwin P. Phatak to show that Mr. Phatak meets the requirements of Local General Rule 6(d).

                  Respectfully submitted,

                  /s/ Andrew Mendrala
                  Andrew Mendrala, VA State Bar #82424
                  COHEN MILSTEIN SELLERS & TOLL PLLC
                  1100 New York Avenue, N.W.
                  Fifth Floor
                  Washington, D.C. 20005
                  (202) 408-4600
                  amendrala@cohenmilstein.com
                  *Counsel for Plaintiff Brennan Gilmore*

Dated: August 16, 2019

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>              Plaintiff,<br><br>    v.<br><br>ALEXANDER ("ALEX") E. JONES; INFOWARS, LLC, a Texas Limited Liability Company; FREE SPEECH SYSTEMS, LLC, a Texas Limited Liability Company; LEE STRANAHAN; LEE ANN MCADOO A/K/A LEE ANN FLEISSNER; SCOTT CREIGHTON; JAMES ("JIM") HOFT; DERRICK WILBURN; MICHELE HICKFORD; and WORDS-N-IDEAS, LLC,<br><br>              Defendants. | No. 3:18-cv-00017-NKM-JCH |

## DECLARATION OF ASHWIN P. PHATAK

I, Ashwin P. Phatak, declare as follows:

1. I am an attorney at Constitutional Accountability Center, counsel for Plaintiff in the above-captioned action. I submit this declaration in support of Andrew Mendrala's August 16, 2019 Motion, pursuant to Local General Rule 6(d), for the *pro hac vice* admission of Ashwin P. Phatak to the bar of this Court.

2. My full name is Ashwin Pradyumna Phatak.

3. My office address and telephone number are as follows:

    1200 18th Street N.W., Suite 501
    Washington, D.C. 20036
    Telephone: (202) 296-6889

4. I am admitted to the Bars of New York and the District of Columbia.

5. I am applying for *pro hac vice* admission to the Western District of Virginia only for the conduct of the above-captioned case.

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Washington, D.C. on this 16th day of August, 2019.

Respectfully submitted,

/s/ Ashwin P. Phatak
Ashwin P. Phatak, D.C. Bar No. 1531218
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street N.W., Suite 501
Washington, D.C. 20036
(202) 296-6889
ashwin@theusconstitution.org

Dated: August 16, 2019

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>    Plaintiff,<br><br> v.<br><br>ALEXANDER ("ALEX") E. JONES; INFOWARS, LLC, a Texas Limited Liability Company; FREE SPEECH SYSTEMS, LLC, a Texas Limited Liability Company; LEE STRANAHAN; LEE ANN MCADOO A/K/A LEE ANN FLEISSNER; SCOTT CREIGHTON; JAMES ("JIM") HOFT; DERRICK WILBURN; MICHELE HICKFORD; and WORDS-N-IDEAS, LLC,<br><br>    Defendants. | No. 3:18-cv-00017-NKM-JCH |

**[PROPOSED] ORDER**

Upon consideration of the Motion of Andrew Mendrala for *Pro Hac Vice* Admission of Ashwin P. Phatak, dated August 16, 2019, it is hereby

ORDERED that Ashwin P. Phatak be specially admitted to appear and participate in the above-captioned matter as co-counsel to Mr. Mendrala, Aderson B. Francois, Brianne J. Gorod, and Elizabeth B. Wydra, attorneys of record for the plaintiff.

Dated: _____, 2019

                     _____
                     United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, a copy of the foregoing Motion to Admit Counsel *Pro Hac Vice* was filed electronically with the Clerk of the Court.

Dated: August 16, 2019

/s/ Andrew Mendrala
Andrew Mendrala
