CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

08/23/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

BRENNAN M. GILMORE,

*Plaintiff*,

v.

ALEXANDER ("ALEX") E. JONES, *ET AL.*,

*Defendants.*

CASE NO. 3:18-cv-00017

**ORDER**

JUDGE NORMAN K. MOON

A hearing is scheduled for September 5, 2019, on Motions to Reconsider or Certify for Interlocutory Appeal by Defendants Alex Jones, Lee Ann McAdoo, InfoWars, LLC, and Free Speech Systems, LLC (dkt. 133) and by Defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC (dkt. 137). After reviewing the parties' briefings, and in accordance with Fed. R. Civ. P. 78(b) and Local Rule 11(b), the Court will rule on Defendants' Motions to Reconsider or Certify for Interlocutory Appeal without an oral hearing. The hearing is **CANCELLED**.

It is so **ORDERED**. The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

Entered on this ___23rd___ day of August, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE