FILED: November 6, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-381
(3:18-cv-00017-NKM-JCH)

_____

ALEXANDER (ALEX) E. JONES; INFOWARS, LLC, a Texas Limited Liability Company; FREE SPEECH SYSTEMS, LLC, a Texas Limited Liability Company; LEE ANN MCADOO, a/k/a Lee Ann Fleissner

      Petitioners

v.

BRENNAN M. GILMORE

      Respondent

_____

O R D E R

_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Floyd with the concurrence of Judge Richardson and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk