FILED: November 6, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-382
(3:18-cv-00017-NKM-JCH)
_____

SCOTT CREIGHTON; JAMES (JIM) HOFT; DERRICK WILBURN; MICHELE HICKFORD; WORDS-N-IDEAS, LLC

      Petitioners

v.

BRENNAN M. GILMORE

      Respondent

_____

O R D E R
_____

Upon review of submissions relative to the petition for permission to appeal, the court denies the petition.

Entered at the direction of Judge Floyd with the concurrence of Judge Richardson and Senior Judge Traxler.

For the Court

/s/ Patricia S. Connor, Clerk