FILED: November 27, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-382
(3:18-cv-00017-NKM-JCH)

_____

SCOTT CREIGHTON; JAMES (JIM) HOFT; DERRICK WILBURN; MICHELE
HICKFORD; WORDS-N-IDEAS, LLC

        Petitioners

v.

BRENNAN M. GILMORE

        Respondent

_____

O R D E R

_____

The court strictly enforces the time limits for filing petitions for rehearing

and petitions for rehearing en banc in accordance with Local Rule 40(c). The

petition in this case is denied as untimely.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk