IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH ) |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## NOTICE OF SERVICE

Undersigned counsel hereby certifies that, on this 5th day of February, 2020, true and correct copies of Plaintiff's Rule 26(a)(1) Initial Disclosures were caused to be served on all parties via electronic mail, and separately sent via first-class mail to Mr. Lee Stranahan, 1440 G Street NW, Washington, D.C. 20005 (with a courtesy copy sent by email).

Respectfully Submitted,

By: /s/ *Anwar L. Graves*
Jonathan Hacker, admitted *pro hac vice*
Anwar Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC  20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 212 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue NW, Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
andrew.mendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

Attorneys for Plaintiff