UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>        *Plaintiff,*<br><br>v.<br><br>ALEXANDER JONES, ET AL.,<br><br>        *Defendants* | CASE NO.: 3:18-CV-00017-NKM-JCH<br><br>NOTICE OF SERVICE BY DEFENDANTS WILBURN, HICKFORD, HOFT, CREIGHTON, AND WORDS-N-IDEAS, LLC |

Undersigned counsel certifies that he served a copy of the Undersigned Defendants' Initial Disclosures under Rule 26(A)(1) on all parties, by email, with their consent on February 5, 2020.

Wednesday, February 5, 2020    Respectfully submitted,

                _s/ Aaron J. Walker_
                Aaron J. Walker, Esq.
                *Attorney for Defendants Wilburn, Hickford, Hoft, Creighton and Words-N-Ideas, LLC*
                Va. Bar# 48882
                P.O. Box 3075
                Manassas, Virginia 20108
                (703) 216-0455
                AaronJW72@gmail.com