IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH ) |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## PROPOSED SCHEDULING ORDER

WHEREAS, the Court issued a proposed pretrial order on May 16, 2018; (D.I. 54);

WHEREAS, the Court issued on May 29, 2018 an Order granting the parties' consent Motion to Stay Discovery and Defer Entry of a Scheduling Order Pending Resolution of Defendants' Motions to Dismiss (D.I. 61);

WHEREAS, the Court set this case for jury trial on March 1-5, and March 8-10, 2021 (D.I. 186);

WHEREAS, in response to the Court's instruction on February 10, 2020, the parties have met and conferred and have agreed on a schedule to control the remainder of this action;

The parties hereby submit their respective positions for deadlines that shall control the remainder of this action:

| Event | Agreed Dates |
|---|---|
| Deadline to complete fact discovery | August 31, 2020 |
| Potential settlement / ADR discussion | September 7, 2020 |

| Event | Agreed Dates |
|---|---|
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | September 15, 2020 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | October 15, 2020 |
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | November 13, 2020 |
| Deadline to complete all discovery, including expert depositions. | November 23, 2020 |
| Deadline to file dispositive motions | December 1, 2020 |
| Deadline to file oppositions to dispositive motions | January 4, 2021 |
| Deadline to file replies to dispositive motions | January 25, 2021 |
| Deadline for hearing dispositive motions | At Court's Discretion |
| Exchange list of witnesses expected to be called at trial | February 8, 2021 |
| Deadline for filing motions *in limine* (copies to opposing counsel) | February 15, 2021 |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | February 22, 2021 |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | February 22, 2021 |

| Event | Agreed Dates |
|---|---|
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | February 22, 2021 |
| Pretrial conference | TBD by the Court. The parties to be trial-ready by March 1, 2021 |
| Trial | March 1-10, 2021 |

SO ORDERED: _____        By: _____

Dated:  February 18, 2020                    Respectfully Submitted,


                                             By:     /s/ *Anwar L. Graves*
                                                   Jonathan Hacker, admitted *pro hac vice*
                                                   Anwar Graves, admitted *pro hac vice*
                                                   O'MELVENY & MYERS LLP
                                                   1625 Eye Street, N.W.
                                                   Washington, DC  20006
                                                   Telephone: (202) 383-5300
                                                   Facsimile: (202) 383-5414
                                                   agraves@omm.com
                                                   jhacker@omm.com

                                                   Hassen A. Sayeed, admitted *pro hac vice*
                                                   O'MELVENY & MYERS LLP
                                                   Times Square Tower
                                                   7 Times Square
                                                   New York, New York 10036
                                                   Telephone: (212) 326-2000
                                                   Facsimile: (212) 212 326-2061
                                                   hsayeed@omm.com

                                                   Andrew Mendrala, Virginia Bar No. 82424
                                                   COHEN MILSTEIN SELLERS & TOLL PLLC
                                                   1100 New York Avenue N.W., Fifth Floor
                                                   Washington, D.C. 20005
                                                   Telephone: (202) 408-4600
                                                   Facsimile: (202) 408-4699
                                                   amendrala@cohenmilstein.com

                                                   Aderson Francois, admitted *pro hac vice*
                                                   CIVIL RIGHTS CLINIC
                                                   GEORGETOWN UNIVERSITY LAW CENTER
                                                   600 New Jersey Avenue, N.W.
                                                   Washington, D.C. 20001
                                                   Telephone: (202) 662-9065
                                                   Aderson.Francois@georgetown.edu

                                                   Elizabeth B. Wydra, admitted *pro hac vice*
                                                   Brianne J. Gorod, admitted *pro hac vice*
                                                   CONSTITUTIONAL ACCOUNTABILITY CENTER
                                                   1200 18th Street, N.W., Suite 501
                                                   Washington, D.C. 20036
                                                   Telephone: (202) 296-6889
                                                   elizabeth@theusconstitution.org

brianne@theusconstitution.org

Attorneys for Plaintiff

<u>/s/ Thomas E. Albro signed with permission by Anwar L. Graves</u>
Thomas E. Albro (VSB #12812)
Evan D. Mayo (VSB #89383)
TREMBLAY & SMITH, PLLC
105-109 E. High Street
Charlottesville, VA 22902
Telephone: (434) 977-4455
Facsimile: (434) 979-1221
tom.albro@tremblaysmith.com
evan.mayo@tremblaysmith.com

Elizabeth A. Scully (VSB #65920)
Mark I. Bailen (*admitted pro hac vice*)
Andrew M. Grossman (*admitted pro hac vice*)
Richard B. Raile (VSB #84340)
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
escully@bakerlaw.com
mbailen@bakerlaw.com
agrossman@bakerlaw.com
rraile@bakerlaw.com

*Counsel for Defendants Alexander E. Jones, Infowars, LLC, Free Speech Systems, LLC and Lee Ann McAdoo a/k/a Lee Ann Fleissner*

<u>/s/ Aaron J. Walker signed with permission by</u>
<u>Anwar L. Graves</u>
Aaron J. Walker, Esq.
VA Bar #48882
DC Bar #481668
P. O. Box 3075
Manassas, VA 20108
Telephone: (703) 216-0455
Aaronjw1972@gmail.com

*Counsel For Defendants James Hoft, Scott Creighton, Derrick Wilburn, Michele Hickford, And Words-N-Ideas, LLC*

<u>/s/ Lee Stranahan signed with permission by</u>
<u>Anwar L. Graves</u>
Lee Stranahan
1440 G Street, N.W.
Washington, D.C. 20005
stranahan@gmail.com

*Pro Se*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February, 2020, a copy of the Proposed Scheduling Order was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan.

                                                                  */s/ Anwar L. Graves*
                                                                    Anwar L. Graves