IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

## JOINT PROPOSED SCHEDULING ORDER

WHEREAS, the Court issued a proposed pretrial order on May 16, 2018 (D.I. 54);

WHEREAS, the Court issued, on May 29, 2018, an Order granting the parties' consent Motion to Stay Discovery and Defer Entry of a Scheduling Order Pending Resolution of Defendants' Motions to Dismiss (D.I. 61);

WHEREAS, in response to the Court's instruction on February 10, 2020, the parties met and conferred, and agreed on a proposed schedule to control the remainder of this action that was submitted to the Court on February 18, 2020 (D.I. 188);

WHEREAS, the parties agreed to an amended proposed schedule to control the remainder of this action that was submitted to the Court on April 2, 2020 (D.I. 192);

WHEREAS, the proposed Scheduling Order that was submitted on April 2, 2020 has not yet been entered by the Court; although, the Court has scheduled an eight-day jury trial to occur on June 14-18 and June 21-23, 2021 (D.I. 193);

WHEREAS, Plaintiff's counsel has extended Defendants' response deadline to outstanding written discovery requests by three weeks, and the spread of COVID-19 in the United States and

unanticipated life events impacting Mr. Lee Stranahan and Mr. Aaron J. Walker have affected the parties' ability to conduct discovery and prepare parties' and third-party witness depositions; and

WHEREAS, all parties agreed that further extension of the schedule was warranted during the July 17, 2020 discovery conference with Magistrate Judge Joel C. Hoppe;

NOW, the parties come jointly before this Court to express their agreement that additional time will be necessary to complete the activities contemplated by their prior proposed Scheduling Order due to the current public-health crisis. Accordingly, the parties hereby submit the following amended proposed schedule for deadlines that shall control the remainder of this action, and respectfully ask that the Court enter this amended proposed Stipulated Scheduling Order and set a new trial date:

| Event | Agreed Dates |
| --- | --- |
| Deadline to complete fact discovery | March 1, 2021 |
| Potential settlement / ADR discussion | March 8, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | March 16, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | April 16, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | May 13, 2021 |
| Deadline to complete all discovery, including expert depositions. | May 25, 2021 |
| Deadline to file dispositive motions | June 1, 2021 |
| Deadline to file oppositions to dispositive motions | July 2, 2021 |

| Event | Agreed Dates |
|---|---|
| Deadline to file replies to dispositive motions | July 25, 2021 |
| Deadline for hearing dispositive motions | TBD by the Court |
| Exchange list of witnesses expected to be called at trial | September 9, 2021 |
| Deadline for filing motions *in limine* (copies to opposing counsel) | September 16, 2021 |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | September 23, 2021 |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | September 23, 2021 |

| Event | Agreed Dates |
|---|---|
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | September 23, 2021 |
| Pretrial conference | TBD by the Court. The parties to be trial-ready by October 4, 2021 |
| Trial | TBD by the Court |

SO ORDERED: _____     By: _____

Dated: July 31, 2020                              Respectfully Submitted,

By:   /s/ *Anwar L. Graves*
Jonathan Hacker, admitted *pro hac vice*
Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
Ashwin P. Phatak, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889

elizabeth@theusconstitution.org
brianne@theusconstitution.org
ashwin@theusconstitution.org

Attorneys for Plaintiff


*/s/ Thomas E. Albro signed with permission by Anwar L. Graves*
Thomas E. Albro (VSB #12812)
Evan D. Mayo (VSB #89383)
TREMBLAY & SMITH, PLLC
105-109 E. High Street
Charlottesville, VA 22902
Telephone: (434) 977-4455
Facsimile: (434) 979-1221
tom.albro@tremblaysmith.com
evan.mayo@tremblaysmith.com

Elizabeth A. Scully (VSB #65920)
Mark I. Bailen (*admitted pro hac vice*)
Andrew M. Grossman (*admitted pro hac vice*)
Richard B. Raile (VSB #84340)
BAKER HOSTETLER LLP
Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304
Telephone: (202) 861-1500
Facsimile: (202) 861-1783
escully@bakerlaw.com
mbailen@bakerlaw.com
agrossman@bakerlaw.com
rraile@bakerlaw.com

*Counsel for Defendants Alexander E. Jones, Infowars, LLC, Free Speech Systems, LLC and Lee Ann McAdoo a/k/a Lee Ann Fleissner*

<u>/s/ Aaron J. Walker signed with permission by Anwar L. Graves</u>
Aaron J. Walker, Esq.
VA Bar #48882
DC Bar #481668
P. O. Box 3075
Manassas, VA 20108
Telephone: (703) 216-0455
Aaronjw1972@gmail.com

*Counsel For Defendants James Hoft, Scott Creighton, Derrick Wilburn, Michele Hickford, And Words-N-Ideas, LLC*


<u>/s/ Lee Stranahan signed with permission by Anwar L. Graves</u>
Lee Stranahan
1440 G Street, N.W.
Washington, D.C. 20005
stranahan@gmail.com

*Pro Se*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of July, 2020, a copy of the Proposed Scheduling Order was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan.

                                                        */s/ Anwar L. Graves*
                                                        Anwar L. Graves