**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER E. (ALEX) JONES, *et al.*, <br><br> Defendants. | Case No. 3:18-cv-00017-NKM-JCH |

### MOTION FOR PRO HAC VICE ADMISSION OF MARC J. RANDAZZA

I, Evan Mayo, hereby move pursuant to Local General Rule 6(d) for the pro hac vice admission of Marc J. Randazza to the bar of this Court to act as co-counsel for Defendants Alexander ("Alex") E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Lee Ann McAdoo in this action. In support of this motion, the defendants submit the attached Declaration of Marc J. Randazza to show that Mr. Randazza meets the requirements of Local General Rule 6(d).

September 25, 2020          Respectfully Submitted,


                            /s/ Evan D. Mayo

                            Evan D. Mayo (VSB No. 89383)
                            Thomas E. Albro (VSB No. 12812)
                            Tremblay & Smith, PLLC
                            105-109 East High Street
                            Charlottesville, Virginia 22902
                            Telephone:   434.977.4455
                            Facsimile:   434.979.1221
                            evan.mayo@tremblaysmith.com
                            thomas.albro@tremblaysmith.com

                            *Counsel for Defendants Alexander E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Lee Ann McAdoo*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, *et al.*,<br><br>Defendants. | Case No. 3:18-cv-00017-NKM-JCH |

## DECLARATION OF MARC J. RANDAZZA

I, Marc J. Randazza, declare as follows:

1. I am an attorney with the law firm of Randazza Legal Group, counsel for Defendants Alexander ("Alex") E. Jones, Infowars, LLC, Free Speech Systems, LLC, and Lee Ann McAdoo, in the above-captioned action. I submit this declaration in support of the September 25, 2020 Motion pursuant to Local General Rule 6(d) for my *pro hac vice* admission to the bar of this Court.

2. My full name is Marc J. Randazza.

3. My office address and telephone number are as follows:

    Randazza Legal Group
    2764 Lake Sahara Drive, Suite 109
    Las Vegas, NV 89117
    Telephone:	702.420.2001

4. I am admitted to the Bars of the jurisdictions shown on the page attached to this declaration.

5. I am applying for *pro hac vice* admission to the Western District of Virginia only for the conduct of the above-captioned case.

2

I hereby declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed at Gloucester, Massachusetts on this 25th day of September, 2020.

Respectfully submitted,

/s/ Marc J. Randazza

Randazza Legal Group (Nevada Bar No. 12265)
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702.420.2001
Facsimile:
mjr@randazza.com

3

# Marc J. Randazza, Esq.

## State Bar Admissions

| State | Date of Admission | Bar No. | Good Standing |
|---|---|---|---|
| Commonwealth of Massachusetts | 01/24/2002 | 651477 | Yes |
| State of Florida | 03/25/2003 | 625566 | Yes |
| State of California | 05/20/2010 | 269535 | Yes |
| State of Arizona | 08/26/2010 | 027861 | Yes |
| State of Nevada | 01/06/2012 | 12265 | Yes |

## Federal Court Admissions

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| Supreme Court of the United States | 02/28/2005 | Yes |
| U.S. Court of Appeals for the First Circuit | 05/08/2003 | Yes |
| U.S. Court of Appeals for the Fourth Circuit | 11/06/2015 | Yes |
| U.S. Court of Appeals for the Sixth Circuit | 07/30/2013 | Yes |
| U.S. Court of Appeals for the Seventh Circuit | 11/06/2009 | Yes |
| U.S. Court of Appeals for the Ninth Circuit | 09/04/2009 | Yes |
| U.S. Court of Appeals for the Tenth Circuit | 11/03/2011 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 06/20/2003 | Yes |
| U.S. Court of Appeals for the Federal Circuit | 09/01/2006 | Yes |
| U.S. District Court for the District of Massachusetts | 06/12/2002 | Yes |
| U.S. District Court for the Northern District of Florida | 05/17/2005 | Yes |
| U.S. District Court for the Middle District of Florida | 06/09/2003 | Yes |
| U.S. District Court for the Southern District of Florida | 08/04/2006 | Yes |
| U.S. District Court for the Northern District of Texas | 11/12/2009 | Yes |
| U.S. District Court for the Eastern District of California | 06/08/2010 | Yes |
| U.S. District Court for the Southern District of California | 06/08/2010 | Yes |
| U.S. District Court for the Central District of California | 06/08/2010 | Yes |
| U.S. District Court for the Northern District of California | 06/22/2010 | Yes |
| U.S. District Court for the District of Arizona | 10/19/2010 | Yes |
| U.S. District Court for the District of Colorado | 03/28/2011 | Yes |
| U.S. District Court for the District of Nevada | 02/01/2012 | Yes |
| U.S. District Court for the Eastern District of Wisconsin | 06/18/2010 | Yes |
| U.S. District Court for the Northern District of Ohio | 02/13/2012 | Yes |
| U.S. District Court for the Eastern District of Michigan | 06/30/2009 | Yes |