

O'Melveny & Myers LLP  
1625 Eye Street, NW  
Washington, DC 20006-4061  

T: +1 202 383 5300  
F: +1 202 383 5414  
omm.com

October 22, 2020

**Anwar Graves**  
D: +1 202 383 5191  
agraves@omm.com

The Honorable Joel C. Hoppe  
Magistrate Judge  
United States District Court for the Western  
District of Virginia  
116 N. Main Street  
Room 314  
Harrisonburg, VA 22802

**Re:** *Brennan M. Gilmore v. Alexander E. (Alex) Jones, et al.*, **No. 3:18-cv-00017-NKM-JCH**

Dear Judge Hoppe:

We are counsel to Plaintiff in the above-referenced matter. We write concerning the schedule for this case.

On February 10, 2020, the parties met and conferred, and agreed on a proposed schedule to control the remainder of this action. That schedule was submitted to the Court on February 18, 2020. D.I. 188.

Due to COVID-19, the parties subsequently agreed on an amended proposed schedule to control the remainder of this action. That schedule was submitted to the Court on April 2, 2020. D.I. 192. This Court later scheduled an eight-day trial to occur on June 14-18 and June 21-23, 2021. D.I. 193.

On July 31, 2020, the parties again filed an amended proposed schedule due to the spread of COVID-19 in the United States and unanticipated life events impacting Mr. Lee Stranahan and Mr. Aaron J. Walker. D.I. 206. This Court has yet to enter the July 31, 2020 amended proposed schedule. Mr. Gilmore respectfully submits that entry of an order confirming the parties' agreed-upon deadlines for discovery would help promote efficient discovery in this case, and requests that this Court enter the July 31, 2020 amended proposed schedule to which all parties have consented.

Very truly yours,

*/s/ Anwar Graves*

Anwar Graves  
for O'MELVENY & MYERS LLP

cc: Counsel of record (via ECF) and by email to Mr. Lee Stranahan