IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

### MOTION OF ASHWIN P. PHATAK TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw as counsel for Plaintiff Brennan M. Gilmore in this matter pursuant to Local Rule 6(i) due to the fact that undersigned counsel will be leaving Constitutional Accountability Center shortly. Undersigned counsel's withdrawal as counsel will not adversely affect the interests of the parties, and Plaintiff will continue to be represented by the other listed attorneys of record in this matter.

WHEREFORE, the undersigned Ashwin P. Phatak respectfully requests that he be granted leave to withdraw as counsel for Plaintiff in this matter.

Dated:  December 22, 2020								Respectfully Submitted,


								By:	  /s/                                                       
										Ashwin P. Phatak, admitted *pro hac vice*
										CONSTITUTIONAL ACCOUNTABILITY CENTER
										1200 18th Street, N.W., Suite 501
										Washington, D.C. 20036
										Telephone: (202) 296-6889
										ashwin@theusconstitution.org

										Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2020, a copy of this Motion of Ashwin P. Phatak to Withdraw as Counsel was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan.

                                                                         /s/
                                                    Ashwin P. Phatak