IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

| | | |
|---|---|---|
| BRENNAN M. GILMORE, | ) | |
| Plaintiff, | ) | Civil Action No. 3:18-cv-00017 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER ("ALEX") E. JONES, et al., | ) | By:   Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Plaintiff's motion to compel. ECF No. 207. For the reasons stated in the Memorandum Opinion filed on this date, the motion is **GRANTED in part** and **DENIED in part**.

1. Plaintiff's motion is **GRANTED** as to the Revenue Generation Requests, Gilmore Investigation Interrogatories, Marketing and Research Interrogatories, and Corrective Action Requests. Defendants are **DIRECTED** to supplement their responses to those requests for production and interrogatories within thirty (30) days from the date of this Order.

2. Plaintiff's motion is **GRANTED in part** as to the Time Limitations Dispute. The parties are **DIRECTED** to meet and confer within ten (10) days from the date of this Order to establish agreed search terms for documents dated from March 13, 2018, through the present. Defendants are **DIRECTED** to supplement their responses to Plaintiff's requests for production within thirty (30) days from the date of this Order.

3. Plaintiff's motion is **DENIED** as to the Jones Ownership Interrogatory and the Defamation Litigation Requests.

It is so ORDERED.

The Clerk shall send certified copies of this Order to the parties.

ENTER: January 8, 2021

1

Joel C. Hoppe
United States Magistrate Judge