IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| BRENNAN M. GILMORE, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH ) |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) ) |

### PLAINTIFF'S NOTICE OF SERVICE

Undersigned counsel for Plaintiff hereby certifies that, on January 15, 2021, true and correct copies of:

- Plaintiff's Second Set of Interrogatories (Nos. 9-16) to Defendant Lee Ann Mcadoo a/k/a Lee Ann Fleissner;

- Plaintiff's Second Set of Interrogatories (Nos. 10-24) to Defendant Alexander ("Alex") Jones;

- Plaintiff's Second Set of Interrogatories (Nos. 12-22) to Defendant Free Speech Systems, LLC;

- Plaintiff's Second Set of Interrogatories (Nos. 12-17) to Defendant InfoWars LLC;

- Plaintiff's Second Set of Interrogatories (Nos. 10-18) to Defendant James ("Jim") Hoft;

- Plaintiff's Second Set of Interrogatories (Nos. 11-18) to Defendant Michele Hickford;

- Plaintiff's Second Set of Interrogatories (Nos. 9-16) to Defendant Derrick Wilburn;

- Plaintiff's Second Set of Interrogatories (Nos. 10-19) to Defendant R. Scott Creighton;

- Plaintiff's Second Set of Interrogatories (Nos. 11-17) to Defendant Words-N-Ideas, LLC;

- Plaintiff's Second Set of Interrogatories (Nos. 9-16) to Defendant Lee Stranahan;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 40-41) to Defendant Lee Ann Mcadoo a/k/a Lee Ann Fleissner;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 46-47) to Defendant Alexander ("Alex") Jones;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 39-40) to Defendant Free Speech Systems, LLC;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 39-40) to Defendant InfoWars LLC;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 42-43) to Defendant James ("Jim") Hoft;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 40-41) to Defendant Michele Hickford;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 38-39) to Defendant Derrick Wilburn;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 42-43) to Defendant R. Scott Creighton;

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 37-38) to Defendant Words-N-Ideas, LLC; and

- Plaintiff's Second Set of Requests for Production of Documents (Nos. 38-39) to Defendant Lee Stranahan

were caused to be served by electronic mail on all parties.

[remainder of page intentionally left blank]

Dated: January 15, 2021                      Respectfully Submitted,


                                 By:   */s/ Anwar L. Graves*
                                          Jonathan Hacker, admitted *pro hac vice*
                                          Anwar Graves, admitted *pro hac vice*
                                          O'MELVENY & MYERS LLP
                                          1625 Eye Street, NW
                                          Washington, DC  20006
                                          Telephone: (202) 383-5300
                                          Facsimile: (202) 383-5414
                                          agraves@omm.com
                                          jhacker@omm.com

                                          Hassen A. Sayeed, admitted *pro hac vice*
                                          O'MELVENY & MYERS LLP
                                          Times Square Tower
                                          7 Times Square
                                          New York, New York 10036
                                          Telephone: (212) 326-2000
                                          Facsimile: (212) 212 326-2061
                                          hsayeed@omm.com

                                          Andrew Mendrala, Virginia Bar No. 82424
                                          COHEN MILSTEIN SELLERS & TOLL PLLC
                                          1100 New York Avenue NW, Fifth Floor
                                          Washington, D.C. 20005
                                          Telephone: (202) 408-4600
                                          Facsimile: (202) 408-4699
                                          amendrala@cohenmilstein.com

                                          Aderson Francois, admitted *pro hac vice*
                                          CIVIL RIGHTS CLINIC
                                          GEORGETOWN UNIVERSITY LAW CENTER
                                          600 New Jersey Avenue, N.W.
                                          Washington, D.C. 20001
                                          Telephone: (202) 662-9065
                                          Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2021, a copy of the foregoing Notice of Service was served electronically on all parties via the Court's Electronic Case Filing system, and separately via email (by consent in lieu of first-class mail) to *pro se* Defendant Lee Stranahan.

*/s/ Anwar L. Graves*_____
Anwar L. Graves