IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,** | CASE NO.: 3:18-cv-00017-NKM-JCH |
| Plaintiff | |
| v. | |
| **ALEXANDER JONES, et al.,** | MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS WILBURN, HOFT, CREIGHTON, HICKFORD, AND WORDS-N-IDEAS, LLC BY AARON J. WALKER, ESQ. |
| Defendants | |

Pursuant to Local Rule 6(i), attorney Aaron J. Walker, counsel for defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC (hereinafter the Undersigned Defendants), hereby moves to withdraw his appearance in this case and in support would respectfully show as follows:

1.  The undersigned Aaron J. Walker previously entered an appearance as counsel for the Undersigned Defendants.

2.  Mr. Walker cannot physically continue his attorney-client relationship in this matter due to health concerns, and, therefore, asks that this motion be granted at this Court's earliest convenience.

WHEREFORE, the undersigned Aaron J. Walker respectfully requests that he be granted leave to withdraw as counsel for the Undersigned Defendants in this matter.

Tuesday, February 2, 2021        Respectfully submitted,

    *s/ Aaron J. Walker*
Aaron J. Walker, Esq.
Va Bar# 48882
7537 Remington Road
Manassas, Virginia 20109
(703) 216-0455
AaronJW72@gmail.com

### CERTIFICATE OF SERVICE

    I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia on February 2, 2021. Participants in the case who are registered for electronic filing will be served automatically. I have also served the Undersigned Defendants by email upon their agreement.

    s/ Aaron J. Walker