# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**                )   CASE NO.: 3:18CV00017
                                      )
v.                                    )   DATE: 2/3/21
                                      )
**Alexander (Alex) E. Jones, et al**  )
                                      )
TYPE OF HEARING: Discovery Hearing    )   Time in Court: 10:04-11:21=1 hour 17 min
               & Attorney Status Hearing  )

*******************************************************************************
### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe            8.  Timothy Hyland
2. Anwar Graves                    9.  deputy clerk – Karen Dotson
3. Hassen Syeed                    10. Aaron Walker
4. Andrew Mendrala                 11. Derrick Wilburn
5. Brianne Gorod                   12. Jonathon Burns
6. Lee Stranahan                   13. Michele Hickford
7. Marc Randazza                   14. Scott Creighton
*******************************************************************************

CD NO(S). Recorded using AT&T Conference Manager    RECORDED BY:  Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 10:04 | 9,1,2 |  | 1,8,? | 25 | 10,2, | 33 | 2,1,2 | 45 | 6,1,6,1, |
| 5 | 1,4,5,1 | 15 | 1,10,1 | 26 | 10,1,10 | 34 | 1,6 | 47 | 2,1,6 |
| 6 | 6,1 | 16 | 10,1 |  | 1,14 | 36 | 1 | 49 | 1,6 |
|  | 7,1,8 | 17 | 10,1, | 27 | 10,1,14 | 37 | 2,6,2 | 50 | 1 |
|  | 1,10,1 |  | 13,1,11, |  | 1,14 | 38 | 1 | 51 | 6,2, |
| 7 | 10,1,11 | 18 | 1 | 29 | 1,2,14,2 | 39 | 6 | 52 | 1,2,1,2 |
|  | 1 | 19 | 13,1 |  | 14,2 | 40 | 1 | 53 | 1 |
| 9 | 12,1,12, | 20 | 2 | 30 | 10,1,10, | 41 | 6,1,2 | 54 | 6,1,6 |
|  | 1, 10 | 21 | 10 |  | 1 |  | 1,2 | 58 | 1,2 |
| 11 | 1 | 22 | 1 | 31 | 14, | 42 | 1, | 59 | 6,1 |
| 12 | 10,1 |  | 7,1,6,1, | 32 | 10,1,2,1 | 43 | 2,1, | 11:01 | 14,1,14 |
| 13 | 2 | 23 | 8,1,12,1 |  | 2,1 | 44 | 6,1,6,1 | 2 | 1, |
| 14 | 1,7,1,6 | 25 | 10,1, |  |  |  |  | 3 | 2,14,1 |

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 11:03 | 10 | | 1,10 | | | | | | |
| 4 | 1,10,1 | 21 | 1 | | | | | | |
| 5 | 1,2 | | | | | | | | |
| 6 | 1,7,1,2 | | | | | | | | |
| | 1 | | | | | | | | |
| 7 | 2,1 | | | | | | | | |
| 8 | 14,1,14 | | | | | | | | |
| | 2,10,2 | | | | | | | | |
| 9 | 10, | | | | | | | | |
| 11 | 1,10,1 | | | | | | | | |
| | 10,1, 10 | | | | | | | | |
| 13 | 1,2,1,12 | | | | | | | | |
| | 2 | | | | | | | | |
| 14 | 1 | | | | | | | | |
| 16 | 2,8,1,10 | | | | | | | | |
| | 2, | | | | | | | | |
| 17 | 10,1 | | | | | | | | |
| 18 | 10,12,1 | | | | | | | | |
| 19 | 2,1 | | | | | | | | |
| 20 | 2,1, 10 | | | | | | | | |