# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**

vs.

**Alexander (Alex) E. Jones, et al**

Action No:   3:18cv00017

Date:   2/3/2021

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

**Andrew Charles Mendrala,**
**Anwar Graves**
**Brianne Jenna Gorod**
**Elizabeth Wydra**
**Hassen Amir Sayeed**

Defendant Attorney(s)

**Marc J. Randazza**
**Aaron J. Walker**
**Timothy Brooks Hyland**
**Jonathan C. Burns**

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Motion Hearing #8 – Motion to withdraw as counsel
Discovery Dispute

Parties present by telephone
Court hears argument re: motion for Mr. Walker to withdraw as counsel
Parties argues re: discovery deadlines
Order to follow

Time in Court: 10:04-11:21=1 hour 17 minutes