IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| BRENNAN M. GILMORE, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 3:18-cv-00017 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER ("ALEX") E. JONES, et al., | ) | By:   Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

In an Order entered on February 5, 2021, the Court adopted the proposed scheduling order. ECF No. 231. Accordingly, the Pretrial Order, ECF No. 54, is hereby AMENDED to incorporate the following deadlines:

| Event | Agreed Dates |
|---|---|
| Deadline to complete fact discovery | June 1, 2021 |
| Potential settlement / ADR discussion | June 8, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | June 16, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | July 16, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | August 13, 2021 |
| Deadline to complete all discovery, including expert depositions. | August 25, 2021 |
| Deadline to file dispositive motions | September 1, 2021 |
| Deadline to file oppositions to dispositive motions | October 2, 2021 |
| Deadline to file replies to dispositive motions | October 25, 2021 |

| | |
|---|---|
| Deadline for hearing dispositive motions | TBD by the Court |
| Exchange list of witnesses expected to be called at trial | December 9, 2021 |
| Deadline for filing motions *in limine* (copies to opposing counsel) | December 16, 2021 |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | January 13, 2022 |

| Event | Agreed Dates |
|---|---|
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | January 13, 2022 |
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | January 13, 2022 |
| Pretrial conference | TBD by the Court. The parties to be trial-ready by January 25, 2022 |
| Trial | TBD by the Court |

All other terms in the Scheduling Order remain in effect.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: February 8, 2021

Joel C. Hoppe
U.S. Magistrate Judge