IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **BRENNAN M. GILMORE,**<br><br>Plaintiff<br><br>v.<br><br>**ALEXANDER JONES, et al.,**<br><br>Defendants | CASE NO.: 3:18-cv-00017-NKM-JCH<br><br><br><br>STATUS REPORT FOR DEFENDANTS WILBURN, HOFT, CREIGHTON, HICKFORD, AND WORDS-N-IDEAS, LLC |

Pursuant to this Court's order of February 5, 2021, Aaron J. Walker, Esq., counsel for defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC (hereinafter the Undersigned Defendants) hereby provides the following status report:

The undersigned attorney has recommended to each of the Undersigned Defendants that they retain new counsel. Mr. Hoft's new counsel has already made an appearance. The remaining Undersigned Defendants have all indicated that they are still seeking counsel. Undersigned counsel has stressed that Words-N-Ideas, LLC *must* retain counsel, because an entity such as this cannot represent itself. Undersigned counsel has said privately and will now say publicly that he is happy to work with any new counsel—or with any person who might end up representing him or herself—in making that transition as smooth as possible.

Undersigned counsel believes he has provided all discovery to the Plaintiff's counsel owed at this time, but leaves the metaphorical door open to them to confer if they believe they have not, with the sole exception of Mr. Creighton's copy of the video at issue in this case. In that instance, Mr. Creighton has made arrangements in open court to physically mail a copy of the video on a CD.

Wednesday, February 10, 2021               Respectfully submitted,

    *s/ Aaron J. Walker*
Aaron J. Walker, Esq.
Va Bar# 48882
7537 Remington Road
Manassas, Virginia 20109
(703) 216-0455
AaronJW72@gmail.com

### CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Virginia on February 10, 2021. Participants in the case who are registered for electronic filing will be served automatically. I have also served the Undersigned Defendants by email upon their agreement.

    s/ Aaron J. Walker