IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN GILMORE et al., )<br>   Plaintiffs, ) | Civil Action No. 3:18-cv-00017 |
| ) | |
| v. ) | ORDER |
| ) | |
| ALEXANDER ("ALEX") E. JONES et al., ) | By:   Joel C. Hoppe |
|    Defendants. ) |        United States Magistrate Judge |

     This matter is before the Court on a motion by Aaron J. Walker, Esq., to withdraw as counsel of record for Defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC. ECF No. 227. Mr. Walker represents that his health does not permit him to continue representing the Defendants. The Court held a hearing on February 3, 2021. Following the hearing, the Court issued an Order taking the motion under advisement and directing Mr. Walker to confer with his clients, assist in the transition to new counsel, and ensure that he produces responsive discovery materials that his clients have provided to him. ECF No. 231. On February 10, 2021, Mr. Walker filed a notice indicating that he had completed these tasks. ECF No. 235. Moreover, attorneys have noted their appearances as counsel of record for James Hoft, ECF Nos. 223, 224, and Michele Hickford and Words-N-Ideas, ECF No. 237.

     Finding that grounds exist to warrant Mr. Walker's withdrawal as counsel and that he has complied with the Court's requirements to assist his clients' transition to new counsel, the Court hereby GRANTS Mr. Walker's motion to withdraw, ECF No. 227. The Clerk is directed to terminate Mr. Walker as counsel of record for Defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC.

     Counsel have noted their appearances for each of these Defendants except Mr. Creighton and Mr. Wilburn. If Mr. Creighton and Mr. Wilburn choose to retain new counsel, a licensed

attorney must enter his or her appearance on behalf of each of them in this matter. Counsel must be admitted to practice before the United States District Court for the Western District of Virginia. *See* W.D. Va. Gen. R. 6(a)–(d), (i). As of entry of this Order, Mr. Creighton and Mr. Wilburn are proceeding pro se, and, unless and until counsel enters an appearance on behalf of either of them, each Defendant is solely responsible for conducting his defense in accordance with all rules, court orders, and deadlines in this case.

    It is so ORDERED.

ENTER: March 2, 2021

*Joel C. Hoppe*
Joel C. Hoppe
U.S. Magistrate Judge