March 1, 2021

Clerk, United States District Court
Western District of Virginia
255 West Main Street, Room 304
Charlottesville, Virginia 22902

re: 3:18-cv-00017-NKM-JCH Gilmore v. Jones et al

To Whom it May and All Who Are Concerned,

I am a defendant in the above-referenced case. As the court is aware my current legal representation, Mr. Aaron Walker, has recently filed a Motion to Withdraw (though I am unaware whether the court has granted the motion yet.) Due to his on-going medical ailments, communications with Mr. Walker during this critical transitionary period have been sparse and while unrepresented, as I am at the moment, knowing just how to respond to and handle court orders and requests is simply outside my purview and level of legal competence.

I have concerns centering on this week's "Plaintiff's Second Set of Requests For Production of Documents" and "Second Set of Interrogatories" for which the court set a deadline of March fourth.

I am in the process of interviewing and evaluating new representation and have narrowed my search down to two Virginia-based law firms. This is a critical decision (and financial expense) and I am trying to be thorough and not make decisions in haste while recognizing the court's need to move proceedings along. I expect to have new counsel retained by the end of this week however that leaves the court's deadline in the gulf between my former counsel's official withdraw and new counsel being admitted, having adequate time to familiarize themselves with particulars of the case and provide thoughtful responses to the requests and interrogatories.

With this information in mind I'd like to respectfully ask the court for a continuance specifically as it relates to the items scheduled to be produced this week, with apologies for any inconvenience or disruption in proceedings this additional delay may cause. I was not made aware of the requests and interrogatories until days before last month's telephonic hearing and so have the compounded issues of ignorance and lack of legal representation. Both should be addressed and resolved shortly meaning that, moving forward, the court's calendar may be more closely adhered to.

Respectfully,

Derrick Wilburn



```
ORIGIN ID:COSA    (719) 237-0070        SHIP DATE: 02MAR21
DERRICK WILBURN                         ACTWGT:
                                        CAD: 308600009/INET4342
1820 SMOKE RIDGE DR

COLORADO SPRINGS, CO 80919              BILL CREDIT CARD
UNITED STATES US
TO  CLERK
    U.S. DISTRICT COURT - WESTERN VA
    255 W. MAIN STREET
    ROOM 304
    CHARLOTTESVILLE VA 22902
  (434) 296-9284           REF:
  INV:
  PO:                      DEPT:
```



```
                              WED - 03 MAR 4:30P
TRK# 7730 3602 8899          STANDARD OVERNIGHT

XH CHOA                            22902
                            VA-US   RIC
```



```
              7    B
          13  16:30 8899
                   03:03
          FZ
```