IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN GILMORE et al.,<br>    Plaintiffs, | Civil Action No. 3:18-cv-00017 |
| v. | <u>ORDER</u> |
| ALEXANDER ("ALEX") E. JONES et al.,<br>    Defendants. | By:   Joel C. Hoppe<br>        United States Magistrate Judge |

This matter is before the Court on motions filed by Defendants Michele Hickford and Words-N-Ideas, LLC, ECF. No. 240, and pro se Defendant Derrick Willburn, ECF No. 239, for extensions to respond to discovery requests issued by Plaintiff. In an Order entered February 5, 2021, the Court directed that these Defendants "shall fully respond to Plaintiff's second set of written discovery requests on or before March 5, 2021." ECF No. 231. Defendants Willburn and Hickford and Words-N-Ideas, LLC, assert that they require additional time to respond because of difficulties in transitioning from their former counsel's representation. Defendants Hickford and Words-N-Ideas, LLC, represent that Plaintiff does not oppose an extension to March 17, 2021.

For the reasons stated in Defendants' motions and finding good cause, the Court hereby GRANTS the motions, ECF Nos. 239 and 240, and EXTENDS the period for these Defendants to respond to Plaintiff's second set of discovery requests to March 17, 2021.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: March 8, 2021

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge