IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| *Plaintiff*, | ) ) ) Civil Action No. 3:18-cv-00017NKM-JCH |
| v. | ) ) |
| ALEXANDER E. (ALEX) JONES; *et al.*, | ) ) |
| *Defendants*. | ) |

**NOTICE OF ERRATA TO MOTION TO EXTEND TIME**

PLEASE TAKE NOTICE that Defendants Alex Jones, Infowars, LLC ("Infowars"), Free Speech Systems, LLC ("FSS"), and Lee Ann McAdoo (collectively, "Defendants"), by and through counsel, file this Notice of Errata to the Motion to Extend Time [Dkt. No. 243] as follows:

Jones, Infowars, and FSS inadvertently filed their Motion without including Defendant Lee Ann McAdoo as a movant. Ms. McAdoo joins in the Motion to Extend Time previously filed by Jones, Infowars, and FSS.

Dated: March 10, 2021

Respectfully submitted,

/s/ Evan D. Mayo
Evan D. Mayo (VSB No. 89383)
Thomas E. Albro (VSB No. 12812)
Tremblay & Smith, PLLC
105-109 East High Street
Charlottesville, Virginia 22902
Tel: 434-977-4455
Fax: 434-979-1221
evan.mayo@tremblaysmith.com

- 1 -

Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:   702-420-2001
Fax:  305-437-7662
ecf@randazza.com
*Attorney for Defendants Alexander E. Jones,*
*Infowars, LLC, Free Speech Systems, LLC,*
*and Lee Ann McAdoo*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 10th day of March 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Evan D. Mayo
Evan D. Mayo (VSB No. 89383)
Tremblay & Smith, PLLC
105-109 East High Street
Charlottesville, Virginia 22902
Tel:    434-977-4455
Fax:    434-979-1221
evan.mayo@tremblaysmith.com