IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

BRENNAN M. GILMORE,

   Plaintiff,

v.                                                            Case No. 3:18-cv-00017

ALEXANDER E. JONES AND INFOWARS, LLC AND FREE SPEECH SYSTEMS, LLC AND LEE STRANAHAN AND LEE ANN MCADOO ALSO KNOWN AS LEE ANN FLEISSNER AND SCOTT CREIGHTON AND JAMES (JIM) HOFT AND ALLEN B. WEST AND DERRICK WILBURN AND MICHELE HICKFORD AND WORDS-N-IDEAS, LLC AND CIVIL PRCEDURE LAW PROFESSORS AND FIRST AMENDMENT AND MEDIA LAW SCHOLARS AND LEONARD POZNER AND VERONIQUE DE LA ROSA AND NEIL HESLIN,

   Defendants.

## OBJECTION AND MOTION TO QUASH SUBPOENA TO COMMONWEALTH'S ATTORNEY FOR THE CITY OF CHARLOTTESVILLE

COMES NOW, by special appearance, non-party Joseph Platania, Commonwealth's Attorney for the City of Charlottesville ("Platania"), by counsel, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, and respectfully moves this Court for entry of an Order quashing the subpoena served on him in this matter. Platania incorporates the Brief in Support of Objection and Motion to Quash Subpoena as if set forth fully herein.

WHEREFORE, Joseph Platania, appearing specially by counsel, respectfully requests this Court to grant his Objection and Motion to Quash, and quash the subpoena.

**JOSEPH PLATANIA**

By Counsel

/s/ Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Joseph Platania
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 26th day of April, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing counsel of record.

/s/ Melissa Y. York
Melissa Y. York

David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Joseph Platania
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com