IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER E. (ALEX) JONES, et al., <br><br> Defendants. | No. 3:18-cv-00017-NKM-JCH |

**PLAINTIFF'S MOTION FOR RELIEF**

Plaintiff Brennan Gilmore files this motion to advise the Court that Defendant Lee Stranahan has failed to comply with the Court's April 1, 2021 order setting deadlines for Mr. Stranahan to comply with Plaintiff's discovery requests, D.I. 255, and respectfully to seek relief from Mr. Stranahan's failure to comply.

In its April 1, 2021 order, the Court directed Mr. Stranahan to either personally review the 77 videos he had posted on Periscope and identify the portions responsive to Plaintiff's discovery requests, or to produce full transcriptions of those recordings by Friday, April 9, 2021. D.I. 255 at 3. The Court also ordered Mr. Stranahan to respond to Plaintiff's second set of discovery requests by April 14, 2021, taking into account Mr. Stranahan's medical conditions. *Id.*

As of the date of this Motion, Mr. Stranahan has yet to comply with either of the Court's orders. Specifically, Mr. Stranahan has not produced any transcripts or otherwise identified responsive portions of his produced Periscope videos. Mr. Stranahan also has not responded to Plaintiff's second set of discovery requests, which were ***served more than three months ago*** on January 15, 2021.

The only communications Plaintiff received from Mr. Stranahan about these issues were four emails on April 7, 8, 14 and 19, 2021. Those emails blamed medical and computer issues for the delay, and promised compliance by deadlines that were not met. *See* Declaration of Hassen A Sayeed ("Sayeed Declaration"), Exs. A-E.

On April 19, 2021, Plaintiff emailed to inform the Court that Mr. Stranahan had failed to comply with the deadline set in its April 1, 2021 order. On the same day, Mr. Stranahan responded to Plaintiff that he "expect[ed] to have the [interrogatory] response within the week," and that he "may [have] some files within the next few days." *See* Sayeed Decl., Ex. F at 1. Although another week has passed, Plaintiff has not still heard from Mr. Stranahan.

Plaintiff is sympathetic to Mr. Stranahan's difficulties. But months have passed, and Mr. Stranahan's failure to provide fact discovery in a timely fashion endangers the parties' ability to adhere to the current case schedule. Accordingly, Plaintiff respectfully seeks guidance from the Court on how to address Mr. Stranahan's failure to comply with his discovery obligations, including through an order to show cause or such other order as the Court deems appropriate.

Dated: April 27, 2021                              Respectfully submitted,

By: */s/ Hassen A. Sayeed*
Jonathan Hacker, admitted *pro hac vice*
Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000

Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org
ashwin@theusconstitution.org

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of April, 2021, a copy of the foregoing Motion to Compel was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan, Mr. Derrick Wilburn, and Mr. Scott Creighton.

                                               */s/ Hassen A. Sayeed*
                                               Hassen A. Sayeed