IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>    Defendants. | No. 3:18-cv-00017-NKM-JCH |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") sued Defendant Derrick Wilburn ("Wilburn") for defamation in connection with Wilburn's authorship of "BOMBSHELL: New evidence suggests Charlottesville was a complete SET-UP" on August 19, 2017;

WHEREAS, Wilburn admits that Gilmore was not involved in a set-up or in any other way with the August 2017 Unite the Right rally in Charlottesville and the terrorist attack that killed Heather Heyer;

WHEREAS, Wilburn does not contest Gilmore's allegation of defamation;

WHEREAS, the parties desire to amicably resolve all claims arising out of this action;

WHEREAS, in lieu of damages, Wilburn agrees to make a donation of $2,000 to the Legal Aid Justice Center;

WHEREAS, Gilmore and Wilburn, having entered into a settlement agreement, hereby stipulate to the entry of an order in this action, as follows:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action and as set forth in Paragraph 3 below.

2. Wilburn admits that he is liable for the claims asserted by Gilmore in this action.

3. As a condition of settlement, Wilburn has agreed to make a charitable donation of $2,000 to the Legal Aid Justice Center.

4. The parties agree that this Court will retain jurisdiction to enforce the terms of the parties' settlement agreement and to enforce and resolve any disputes related thereto, if necessary.

5. This action and all defenses thereto are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.


   /s/   *Hassen A. Sayeed*                  /s/      *Derrick Wilburn*
Jonathan D. Hacker, admitted *pro hac vice*    Derrick Wilburn, *pro se*
Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

       **SO ORDERED** this _____ day of _____, 2021.

       _____
       NORMAN K. MOON
       SENIOR UNITED STATES DISTRICT JUDGE