IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER E. (ALEX) JONES, et al., <br><br> Defendants. | No. 3:18-cv-00017-NKM-JCH |

NOTICE OF SERVICE OF PLAINTIFF'S THIRD SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS (NOS. 42-46) TO DEFENDANT LEE ANN
MCADOO A/K/A LEE ANN FLEISSNER

Undersigned counsel for Plaintiff hereby certifies that, on April 30, 2021, true and correct copies of Plaintiff's Third Set of Requests for Production of Documents (Nos. 42-46) to Lee Ann McAdoo A/K/A Lee Ann Fleissner were caused to be served by electronic mail on all parties.

Dated: April 30, 2021

Respectfully submitted,

By: */s/ Hassen A. Sayeed*
Jonathan Hacker, admitted *pro hac vice*
Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061

hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

2

Case 3:18-cv-00017-NKM-JCH   Document 282   Filed 04/30/21   Page 3 of 3   Pageid#: 4078

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April 2021, a copy of the foregoing Third Set of Requests for Production of Documents to Defendant Lee Ann McAdoo A/K/A Lee Ann Fleissner was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan, Mr. Derrick Wilburn, and Mr. Scott Creighton.

*/s/ Hassen A. Sayeed*
Hassen A. Sayeed

3