**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

BRENNAN M. GILMORE,

     Plaintiff,

v.

ALEXANDER E. (ALEX) JONES, et al.,

     Defendants.

No. 3:18-cv-00017-NKM-JCH

**NOTICE OF SERVICE OF DEFENDANT JAMES HOFT'S FIRST SET OF
INTERROGATORIES DIRECTED TO PLAINTIFF BRENNAN GILMORE**

Undersigned counsel for Defendant James Hoft hereby certifies that, on May 2, 2021, true

and correct copies of Defendant's First Set of Interrogatories directed to Plaintiff Brennan Gilmore

was caused to be served by electronic mail on all parties.

Dated: May 2, 2021

By:    */s/ John C. Burns*_____
John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel:  (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 2nd day of May 2021, a copy of the foregoing was served on all parties via the Court's Electronic Case Filing system.

*/s/ John C. Burns*
John C. Burns
