IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| BRENNAN M. GILMORE, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) | |
| Defendants. | ) | |

## **SCHEDULING ORDER**

WHEREAS, the Court entered a scheduling order on February 8, 2021 setting a deadline for the close of fact discovery on June 1, 2021. (D.I. 234);

WHEREAS, the Court has set trial dates in this matter for January 18-21 and 24-27, 2022;

WHEREAS, in view of the withdraw of Mr. Aaron Walker as counsel of record, Defendants Derrick Wilburn, Michele Hickford, James Hoft, R. Scott Creighton, and Words-N-Ideas, LLC sought and were granted additional time to respond to Plaintiff's discovery requests (D.I. 239);

WHEREAS, Defendants Alexander Jones, InfoWars, LLC, Free Speech Systems, LLC, and LeeAnn McAdoo ("the InfoWars Defendants") sought and were granted additional time to respond to Plaintiff's discovery requests (D.I. 255 at 1-2);

WHEREAS, Defendant Lee Stranahan sought and was granted additional time to respond to Plaintiff's discovery requests, and has to date not complied with the Court's Order to produce discovery by April 9, 2021 and April 14, 2021 (D.I. 255 at 3-4);

WHEREAS, having granted each Defendant additional time to complete discovery, the Court further granted Plaintiff leave to seek an extension of the deadline for completion of discovery, with

the instructions that any extension does not disturb the currently-schedule trial date (D.I. 255 at 5);

NOW, the parties come jointly before this Court to express their agreement that additional time will be necessary to complete fact discovery and hereby submit the following amended proposed schedule for deadlines that shall control the remainder of this action. Consistent with the Court's instruction, the amended proposed schedule does not disturb the trial date. Furthermore, the amended proposed schedule does not change the deadline by which dispositive motions and motions *in limine* must be fully briefed by the parties and ready for the Court's consideration.

Accordingly, the Parties respectfully ask that the Court enter this amended proposed Scheduling Order:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline to complete fact discovery | June 1, 2021 | July 23, 2021 |
| Potential settlement / ADR discussion | June 8, 2021 | July 28, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | June 16, 2021 | July 30, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | July 16, 2021 | August 20, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | August 13, 2021 | September 3, 2021 |
| Deadline to complete all discovery, including expert depositions. | August 25, 2021 | September 13, 2021 |
| Deadline to file dispositive motions | September 1, 2021 | September 20, 2021 |
| Deadline to file oppositions to dispositive motions | October 2, 2021 | October 11, 2021 |
| Deadline to file replies to dispositive motions | October 25, 2021 | Unchanged |

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline for hearing dispositive motions | TBD by the Court | Unchanged |
| Exchange list of witnesses expected to be called at trial | December 9, 2021 | Unchanged |
| Deadline for filing motions *in limine* (copies to opposing counsel) | December 16, 2021 | Unchanged |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | January 13, 2022 | Unchanged |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | January 13, 2022 | Unchanged |
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | January 13, 2022 | Unchanged |
| Pretrial conference | TBD by the Court | Unchanged |
| Trial | January 18-21 and 24-27, 2022 | Unchanged |

**SO ORDERED THIS 17th DAY OF MAY, 2021**

_____
HON. JOEL C. HOPPE
UNITED STATES MAGISTRATE JUDGE

Dated: April 23, 2021

Respectfully submitted,

By: _/s/ Hassen A. Sayeed_
Jonathan Hacker, admitted *pro hac vice* Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

By: */s/ Derrick Wilburn*
Derrick Wilburn, *pro se*

By: */s/ Lee Stranahan*
Lee Stranahan, *pro se*

By: */s/ R. Scott Creighton*
R. Scott Creighton, *pro se*

By: */s/ Marc J. Randazza*
Marc J. Randazza (*Pro Hac Vice*) Randazza
Legal Group, PLLC
30 Western Avenue, Harbor
Rochester, MA 01930
Telephone: (978) 801-1776
ecf@randazza.com

Jay M. Wolman (*Pro Hac Vice*) Randazza Legal
Group, PLLC 100
Pearl Street, 14th
Floor Hartford, CT 06103
Telephone: (978) 801-1776
ecf@randazza.com

Thomas E. Albro (VSB #12812)
Evan D. Mayo (VSB #89383)
105-109 E. High Street
Charlottesville, VA 22902
Telephone: (434) 977-4455
Facsimile: (434) 979-1221
tom.albro@tremblaysmith.com
evan.mayo@tremblaysmith.com

*Counsel for Defendants Alexander E. Jones, InfoWars, LLC, Free Speech Systems, LLC and Lee Ann McAdoo a/k/a Lee Ann Fleissner*

        By: /s/ *Mia Yugo*_____
Mia Yugo (VSB No. 92975)
HAFEMANN MAGEE & THOMAS, LLC
11 Franklin Rd. suite 200
Roanoke, VA 24011
mia@fed-lit.com
Tel: 540-855-4791
*Counsel for Defendants Hickford & WNI*

By:    */s/ John C. Burns*_____
John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of April, 2021, a copy of the Proposed Scheduling Order was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan, Mr. Derrick Wilburn, and Mr. R. Scott Creighton.

    */s/ Hassen A. Sayeed*