IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

BRENNAN M. GILMORE,

   Plaintiff,

v.                                        Case No. 3:18-cv-00017

ALEXANDER E. JONES
*et al.*,

   Defendants.

## OBJECTION AND MOTION TO QUASH
## DEPOSITION SUBPOENA TO JOSEPH PLATANIA

COMES NOW, by special appearance, non-party Joseph Platania, Commonwealth's Attorney for the City of Charlottesville ("Platania"), by counsel, pursuant to Rule 45(d)(3) of the Federal Rules of Civil Procedure, and respectfully moves this Court for entry of an Order quashing the deposition subpoena served on him in this matter. Platania incorporates the Brief in Support of Objection and Motion to Quash Deposition Subpoena to Joseph Platania as if set forth fully herein.

WHEREFORE, Joseph Platania, appearing specially by counsel, respectfully requests this Court to grant his Objection and Motion to Quash, and quash the deposition subpoena.

**JOSEPH PLATANIA**

By Counsel

/s/ Melissa Y. York
David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Joseph Platania
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com

# **C E R T I F I C A T E**

I hereby certify that on the 20th day of May, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing counsel of record.

/s/ Melissa Y. York
Melissa Y. York
 David P. Corrigan (VSB No. 26341)
Melissa Y. York (VSB No. 77493)
Counsel for Joseph Platania
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia  23255
804-747-5200 - Phone
804-747-6085 - Fax
dcorrigan@hccw.com
myork@hccw.com