IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF VIRGINIACHARLOTTESVILLE
DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>Defendants. | No. 3:18-cv-00017-NKM-JCH |

**DEFENDANT JAMES HOFT'S <u>CONSENT</u> MOTION PURSUANT TO RULES 1 AND 6, FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO QUASH <u>FILED BY VIRGINIA STATE POLICE AND VIRGINIA FUSION CENTER</u>**

On May 7, 2021, Movants Virginia State Police and Virginia Fusion Center filed a Motion to Quash the subpoena served upon them by Defendant Jim Hoft. Dkt. #287. Mr. Hoft sought consent from third party movants, in filing for the instant Motion, which seeks an extension to file Hoft's Response, through and including to Monday, May 24, 2021. *Third Party Movants Virginia State Police and Virginia Fusion Center gave their consent to this Motion*.

Mr. Hoft respectfully moves the Court for leave, pursuant to Fed. R. Civ. P. 1 and 6, for an enlargement of time to respond to both Motions, and requests a new deadline, for both Responses, on or before **May 24, 2021**. Mr. Hoft does not make this request for any improper purpose and does not believe any party will be prejudiced by granting this extension.

Dated: May 21, 2021

1

Respectfully submitted,

By:   */s/ John C. Burns*
John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2021, a true and accurate copy of the foregoing was served on all parties of record via electronic mail.

*/s/ John C. Burns*

2