IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN M. GILMORE, ) | | |
|     Plaintiff, ) | Civil Action No. 3:18-cv-00017 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| ALEXANDER ("ALEX") E. JONES, et al., ) | By: | Joel C. Hoppe |
|     Defendants. ) | | United States Magistrate Judge |

    This matter is before the Court on non-parties the City of Charlottesville and Maurice T. Jones's Motion for a Protective Order, and Motion to Quash Subpoena and Deposition Notice Issued to Maurice T. Jones. ECF No. 324. The subpoena to Mr. Jones was issued by Defendant James Hoft, and it commands Mr. Jones to appear for a deposition on June 1, 2021. Hoft has issued subpoenas to several other non-parties, who also have filed motions to quash. The Court has scheduled those motions for a hearing on June 14, 2021. In the motion, Mr. Jones notes that he was served with the subpoena on May 24, and he asked Defendant Hoft to delay the deposition until after the Court hears the motions to quash on June 14. Defendant Hoft refused that request.

    A portion of the relief Mr. Jones seeks would be rendered moot if his deposition is allowed to proceed as noticed. The Court believes it is appropriate to allow Mr. Jones and Defendant Hoft to present their arguments on the motion to quash before Mr. Jones's deposition proceeds. Accordingly, Defendant Hoft's deposition of Mr. Jones is hereby postponed pending further order of the Court.

    It is so ORDERED.

    The Clerk shall send certified copies of this Order to the parties.

ENTER: May 26, 2021

Joel C. Hoppe
United States Magistrate Judge

2