IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF VIRGINIACHARLOTTESVILLE
DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>　　　Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>　　　Defendants. | No. 3:18-cv-00017-NKM-JCH |

**DEFENDANT JAMES HOFT'S MOTION PURSUANT TO RULES 1 AND 6, FOR LEAVE TO FILE OUT OF TIME HIS SURRESPONSE IN OPPOSITION TO MOTION TO QUASH FILED BY COMMONWEALTH ATTORNEY FOR THE CITY OF CHARLOTTESVILLE**

　　On April 26, 2021, Movant Commonwealth Attorney for the City of Charlottesville ("Platania") filed his Motion to Quash Hoft's subpoena. Dkt. #273-74. After receiving a time extension (and leave) from the Court for filing his Surresponse, Hoft now files his Surresponse in Opposition to Movant's Motion – roughly <u>1.5 hours late</u>. *See* Dkt. #331.

　　Mr. Hoft respectfully moves the Court for leave, pursuant to Fed. R. Civ. P. 1 and 6, for leave to file his Surresponse out of time. Mr. Hoft does not make this request for any improper purpose and does not believe any party will be prejudiced by granting this extension.

　　Dated: May 29, 2021

1

Respectfully submitted,

By:    */s/ John C. Burns*
       John C. Burns, admitted *pro hac vice*
       BURNS LAW FIRM
       P.O. Box 191250
       Saint Louis, MO 63119
       Tel: (314) 329-5040
       Fax: (314) 282-8136
       TBLF@PM.ME

       Timothy B. Hyland
       Virginia Bar No. 31163
       HYLAND LAW PLLC
       1818 Library Street, Ste. 500
       Reston, VA 20190
       (703) 956-3548 (Tel.)
       (703) 935-0349 (Fax)

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of May, 2021, a true and accurate copy of the foregoing was served on all parties of record via electronic mail.

                                                */s/ John C. Burns*