# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**

vs.

**Alexander ( Alex) E. Jones**

Action No:   3:18cv00017

Date:   6/25/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conf Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Anwar Graves

Defendant Attorney(s)
Jonathan Burns
Jay Woleman
David Wachen
Raymond Creighton
Marc Randazza

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Motion Hearing #385:

Court grants motion for a hearing at doc #385 and hearing held
Parties discuss amending deadlines
Parties discuss revising scheduling order
Parties agree to a follow up hrg in 2 weeks

Time in court: 11:04-11:32=28 minutes