IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN GILMORE, et al., ) | | |
| Plaintiffs, ) | Civil Action No. 3:18-cv-00017 | |
| ) | | |
| v. ) | <u>ORDER</u> | |
| ) | | |
| ALEXANDER ("ALEX") E. JONES, et al., ) | By:   Joel C. Hoppe | |
| Defendants. ) | United States Magistrate Judge | |

This matter is before the Court on Plaintiff's Motion for an Immediate Status Conference

to Discuss Defendants' Discovery Failures and Relief from Case Schedule. ECF No. 385. To the

extent Plaintiff's motion seeks a status conference regarding discovery, Plaintiff's motion is

GRANTED. On June 25, 2021, I held a hearing to discuss the issues raised in Plaintiff's motion.

For the reasons stated on the record, the Court ORDERS:

(1) Plaintiff intends to serve Defendant Jones with targeted interrogatories seeking

   information regarding the cell phone that Defendant Alexander E. Jones lost in

   November 2017. Specifically, Plaintiff suggested that he may ask Jones to identify (a)

   the carrier for that cell phone, (b) any then-employees with whom he exchanged text

   messages regarding the subject matter of this case from August 2017 through

   November 2017, and (c) any defendants to this litigation with whom he exchanged

   text messages regarding the subject matter of this case from August 2017 through

   November 2017. Defendant Jones shall respond to any such interrogatories within

   fourteen (14) days of being served therewith.

(2) Plaintiff is DIRECTED to file a revised proposed amended scheduling order

   reflecting the changes discussed at today's hearing for the Court's consideration.

(3) The Court will hold a status conference for an update from the parties regarding

outstanding discovery issues on July 8, 2021.

It is so ORDERED.

ENTER: June 25, 2020

Joel C. Hoppe
U.S. Magistrate Judge