IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>  Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>  Defendants. | No. 3:18-cv-00017-NKM-JCH |

**STIPULATION AND ORDER**

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") sued Defendants Michele Hickford ("Hickford") and Words-N-Ideas, LLC ("WNI") for defamation in connection with WNI's publication of "BOMBSHELL: New evidence suggests Charlottesville was a complete SET-UP" (the "WNI Publication") on August 19, 2017;

WHEREAS, the WNI Publication contained a republication with language pertaining to Gilmore and the August 2017 Unite the Right rally;

WHEREAS, WNI, when it relied upon its source, had no evidence that Gilmore was involved in a set up or in any other way with the August 2017 Unite the Right rally in Charlottesville and the terrorist attack that killed Heather Heyer;

WHEREAS, Hickford and WNI do not contest Gilmore's allegation of defamation;

WHEREAS, the parties desire to amicably resolve all claims arising out of this action;

WHEREAS, in lieu of damages, Hickford and WNI agree to make a joint charitable donation of two thousand five hundred dollars ($2,500) to the Legal Aid Justice Center;

WHEREAS, Gilmore, Hickford, and WNI, having entered into a settlement agreement, hereby stipulate to the entry of an order in this action, as follows:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action and as set forth in Paragraph 4 below.

2. Hickford admits liability for the claims asserted by Gilmore in this action.

3. WNI admits liability for the claims asserted by Gilmore in this action.

4. As a condition of settlement, Hickford and WNI have agreed to make a joint charitable donation of two thousand five hundred dollars ($2,500) to the Legal Aid Justice Center.

5. The parties agree that this Court will retain jurisdiction to enforce the terms of the parties' settlement agreement and to enforce and resolve any disputes related thereto, if necessary.

6. This action and all defenses thereto are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

| | |
|---|---|
| /s/  Hassen A. Sayeed<br>Jonathan D. Hacker, admitted *pro hac vice*<br>Anwar L. Graves, admitted *pro hac vice*<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, N.W.<br>Washington, DC  20006<br>Telephone: (202) 383-5300<br>Facsimile: (202) 383-5414<br>agraves@omm.com<br>jhacker@omm.com | /s/ *Mia Yugo*<br>Mia Yugo (VSB No. 92975)<br>HAFEMANN MAGEE & THOMAS, LLC<br>11 Franklin Road, S.E., suite 200<br>Roanoke, VA  24011<br>Telephone: (540) 855-4791<br>mia@fed-lit.com<br><br>*Attorney for Defendants Michele Hickford and Words-N-Ideas, LLC* |

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

**SO ORDERED** this  25th  day of   June  , 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE