IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| BRENNAN M. GILMORE, </br></br> Plaintiff, </br></br> v. </br></br> ALEXANDER E. (ALEX) JONES, *et al.*, </br></br> Defendants. | ) </br> ) </br> ) </br> ) </br> ) </br> ) No. 3:18-cv-00017-NKM-JCH </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

## SCHEDULING ORDER

WHEREAS, the Court issued a proposed pretrial order on May 17, 2021; (D.I. 299);

WHEREAS, all parties have conferred and have agreed upon a modified schedule to control the remainder of this action,

WHEREAS, all parties attended a telephonic status conference with the Court on June 25, 2021, whereby the Court ordered an extension of deadlines of 30-45 days to accommodate the search, collection, and production of discovery from Defendants Alexander ("Alex") Jones and James ("Jim") Hoft.

All parties hereby submit the proposed scheduling order for deadlines that shall control the remainder of this action:

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline to complete fact discovery | July 23, 2021 | September 6, 2021 |
| Potential settlement / ADR discussion | July 28, 2021 | September 10, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | July 30, 2021 | September 13, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | August 20, 2021 | October 4, 2021 |
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | September 3, 2021 | October 18, 2021 |
| Deadline to complete all discovery, including expert depositions. | September 13, 2021 | October 28, 2021 |
| Deadline to file dispositive motions | September 20, 2021 | November 4, 2021 |
| Deadline to file oppositions to dispositive motions | October 11, 2021 | November 22, 2021 |
| Deadline to file replies to dispositive motions | October 25, 2021 | December 2, 2021 |
| Deadline for hearing dispositive motions | TBD by the Court | TBD by the Court |
| Exchange list of witnesses expected to be called at trial | December 9, 2021 | December 9, 2021 |
| Deadline for filing motions *in limine* (copies to opposing counsel) | December 16, 2021 | December 16, 2021 |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | January 13, 2022 | January 6, 2022 |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | January 13, 2022 | January 11, 2022 |

| Event | Current Dates | Proposed Dates |
|---|---|---|
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | January 13, 2022 | January 11, 2022 |
| Pretrial conference | TBD by the Court | TBD by the Court |
| Trial | January 18-21 and 24-27, 2022 | January 18-21 and 24-27, 2022 |

All other terms in the Scheduling Order remain in effect.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: February 8, 2021

*[signature: Joel C. Hoppe]*

Joel C. Hoppe
U.S. Magistrate Judge

Dated: June 25, 2021                         Respectfully submitted,

By: __/s/ *Anwar L. Graves*___
Jonathan Hacker, admitted *pro hac vice*
Anwar L. Graves, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

Andrew Mendrala, Virginia Bar No. 82424
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue N.W., Fifth Floor
Washington, D.C. 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
amendrala@cohenmilstein.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*

Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Counsel for Plaintiff*

/s/ *Marc J. Randazza*

Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

Jay M. Wolman, *pro hac vice*
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

Evan D. Mayo (VSB No. 89383)
Thomas E. Albro (VSB No. 12812)
Tremblay & Smith, PLLC
105-109 East High Street
Charlottesville, Virginia 22902
Tel: 434-977-4455
Fax: 434-979-1221
evan.mayo@tremblaysmith.com
tom.albro@tremblaysmith.com

*/s/ John C. Burns*
John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

*/s/ David S. Wachen*
Wachen LLC
11605 Montague Court
Potomac, MD 20854
(o) (240) 292-9121

(f) (301) 259-3846
david@wachenlaw.com
www.wachenlaw.com