IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN M. GILMORE, ) | | |
|     Plaintiff, ) | | Civil Action No. 3:18-cv-00017 |
| ) | | |
| v. ) | | ORDER |
| ) | | |
| ALEXANDER ("ALEX") E. JONES, et al., ) | | By:    Joel C. Hoppe |
|     Defendants. ) | |     United States Magistrate Judge |

This matter is before the Court on a Motion to Quash, ECF No. 365, filed by non-party movants Gray Media Group, Inc., d/b/a WVIR-TV; Graham Media Group, Virginia, LLC d/b/a WSLS-TV; NBC Subsidiary (WRC-TV) LLC d/b/a WRC-TV; WSLS journalist Ashley Curtis; and WRC journalist Julie Carey. Collectively, the non-party movants ask the Court to quash subpoenas served upon them by Defendant James Hoft. For the reasons stated on the record on this date, the non-party movants' Motion to Quash, ECF No. 365, is **GRANTED**.

    It is so ORDERED.

    The Clerk shall send certified copies of this Order to the parties.

ENTER: July 20, 2021

*Joel C. Hoppe*
Joel C. Hoppe
United States Magistrate Judge

1