IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN GILMORE, et al., ) | |
|     Plaintiffs, ) | Civil Action No. 3:18-cv-00017 |
| ) | |
| v. ) | ORDER |
| ) | |
| ALEXANDER ("ALEX") E. JONES, et al., ) | By:    Joel C. Hoppe |
|     Defendants. ) |          United States Magistrate Judge |

    This matter is before the Court following a discovery hearing on the date of this Order. For the reasons stated on the record, the Court ORDERS:

(1) Plaintiff addressed deficiencies with Defendant Scott Creighton's discovery responses to date. Defendant Creighton acknowledged that he may have responsive documents that he has not yet produced. Accordingly, Defendant Creighton is ORDERED to review his materials, in particular those stored in "Goldfinch," and make any supplemental production of documents responsive to Plaintiff's requests within fourteen (14) days from the date of this Order.

(2) Plaintiff addressed deficiencies with Defendants Alexander E. Jones's, Infowars, LLC's, and Free Speech Systems, LLC's responses to Plaintiff's Third Set of Interrogatories, which were served on June 29, 2021. Plaintiff represented that it seeks cell phone numbers for five to seven individuals with whom Defendant Jones may have communicated by text message about Plaintiff in August 2017. Defendant's counsel conceded that Defendant Free Speech Systems, LLC likely has cell phone numbers for its employees in its personnel files. Accordingly, the Court DIRECTS Plaintiff to identify the individuals whose contact information he seeks to Defendant's counsel. Defendant Free Speech Systems, LLC is ORDERED to respond

to Plaintiff's request for those individuals' cell phone numbers within seven (7) days from the date of this Order. Defendant's counsel also represented that he would be willing to deliver any subpoena issued by Plaintiff to those individuals should Plaintiff find it necessary to conduct third-party discovery.

(3) Defendant James Hoft's counsel provided an update regarding the status of pending supplemental discovery. Counsel represented that he will begin producing responsive documents to Plaintiff's counsel early next week on a rolling basis and expects to substantially complete his supplemental production by July 30, 2021.

It is so ORDERED.

ENTER: July 23, 2021

*Joel C. Hoppe*
Joel C. Hoppe
U.S. Magistrate Judge