IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN M. GILMORE, | : | |
| Plaintiff, | : | Case No. 3:18-cv-00017 |
| | : | |
| v. | : | |
| | : | |
| ALEXANDER E. JONES, et al., | : | |
| Defendants | : | |
| | : | |
| *In re subpoena to Verizon for the mobile phone records of journalist Jessica Bidgood* | : | |

## DECLARATION OF CHARLES D. TOBIN

Charles D. Tobin, pursuant to 28 U.S.C. § 1746, declares as follows:

I am a partner in the law firm of Ballard Spahr LLP and counsel for non-party journalist Jessica Bidgood in the above-captioned action. I submit this declaration in support of Bidgood's motion to quash a supboena Defendant James Hoft served on Verizon for Bidgood's phone records. I have personal knowledge of the facts herein and would be competent to testify to them.

1. Attached hereto as Exhibit A is a true and correct copy of a letter from me to John Burns, counsel for Defendant Hoft, dated July 22, 2021. As of the date of this filing, I have received no response to the letter.

2. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 2, 2021.

                                                              */s/ Charles D. Tobin*
                                                              Charles D. Tobin