# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE, | ) )  |
| *Plaintiff*, | ) ) Civil Action No. 3:18-cv-00017NKM-JCH |
| v. | ) ) |
| ALEXANDER E. (ALEX) JONES; *et al.*, | ) ) |
| *Defendants*. | ) ) |

## JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE FACT DISCOVERY

The undersigned parties, by and through counsel, respectfully move this Court for an extension of time to complete discovery. Moving parties request that this Court extend all deadlines, including the trial date, by ninety days so that the parties can complete discovery without prejudice to Plaintiff.

Absent an extension of the fact discovery deadline, Plaintiff is willing to hold depositions past the current deadline to accommodate counsel for Alex E. Jones, Infowars, LLC and Free Speech Systems, LLC ("Jones Defendants"), Marc J. Randazza, due to his scheduling limitations and childcare issues as a single father.  Counsel for Plaintiff has been extremely accommodating in this situation, and counsel for Jones Defendants does not wish to prejudice their case by limiting their discovery in any way.

Plaintiff believes that additional time is needed to process and review discovery productions from Defendants Hoft and Creighton, which are still pending.  Additionally, Plaintiff requests additional time to complete discovery into Defendant Jones's text messages.

In addition, Defendant Lee Ann McAdoo's counsel, who is a solo practitioner and only recently entered his appearance in this case, has a longstanding, previously scheduled family vacation in mid-August that along with taking his son back to college will make him unavailable

for depositions and other discovery for a period of 10 days later this month. Thus, Defendant McAdoo joins the other parties' extension request.

Given the short period of time between the current close of fact discovery and the trial date, the parties are of the view that an extension of all deadlines is necessary in order to not prejudice the parties.

Therefore, the parties agree that no party will be prejudiced by an extension of the deadlines in order to complete discovery, and all parties believe that this extension will be a positive factor in the administration of justice.

Dated: August 6, 2021.         Respectfully submitted,

/s/ Marc J. Randazza

Marc J. Randazza, *pro hac vice*
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, Nevada 89117
Tel:  702-420-2001
Fax:  305-437-7662
ecf@randazza.com

Jay M. Wolman, *pro hac vice*
Randazza Legal Group, PLLC
100 Pearl Street, 14th Floor
Hartford, CT 06103
Tel: 702-420-2001
Fax: 305-437-7662
ecf@randazza.com

Evan D. Mayo (VSB No. 89383)
Thomas E. Albro (VSB No. 12812)
Tremblay & Smith, PLLC
105-109 East High Street
Charlottesville, Virginia 22902
Tel:  434-977-4455
Fax:  434-979-1221
evan.mayo@tremblaysmith.com
tom.albro@tremblaysmith.com

AND

By: /s/ John C. Burns

John C. Burns, admitted pro hac vice
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Telephone: (314) 329-5040
Facsimile: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

AND

Aderson Bellegarde Francois
Georgetown Law Civil Rights Clinic
600 New Jersey Ave., NW, Suite 533
Washington, DC 20001-2075
202-661-6739
Email: abf48@law.georgetown.edu

Andrew Charles Mendrala
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW Fifth Floor
Washington, DC 20005
202-408-4600
Fax: 202-408-4699
Email: AMendrala@cohenmilstein.com

Anwar Graves
OMelveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5300
Fax: 202-383-5414
Email: agraves@omm.com

Brianne Jenna Gorod
Constituional Accountability Center
1200 18th Street NW, Suite 501
Washington, DC 20036
202-296-6889
Email: brianne@theusconstitution.org

- 3 -

Elizabeth Wydra
Constitutional Accountability Center
1200 18th Street NW Suite 501
Washington, DC 20036
202-296-6889
Email: Elizabeth@theusconstitution.org

Hassen Amir Sayeed
OMelveny & Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Email: hsayeed@omm.com

Jonathan David Hacker
OMelveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5300
Fax: 202-383-5414
Email: jhacker@omm.com

Kimya Saied
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5300
Email: ksaied@omm.com

Chani C. Gatto-Bradshaw
O'Melveny & Myers LLP
7 Times Square
New York, NY 10036
212-728-5869
Email: cgatto-bradshaw@omm.com

James Yi Li
O'Melveny and Myers LLP
Times Square Tower
7 Times Square
New York, NY 10036
212-326-2000
Email: jli@omm.com

Nabil Ansari
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5232
Email: nansari@omm.com

Rahul Kohli
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202-383-5336
Email: rkohli@omm.com

AND

*/s/David S. Wachen*
David S. Wachen (VSB No. 96363)
WACHEN LLC
11605 Montague Court
Potomac, MD 20854
240-292-9121
david@wachenlaw.com
*Counsel for Defendant Lee Ann McAdoo*

AND

/s/ Scott Creighton
Scott Creighton
9214 13th Street N, Apt A
Tampa, FL 33612
PRO SE

AND

/s/ Lee Stranahan
Lee Stranahan
2908 S. Louise Avenue
Apartment 207
Sioux Falls, SD 57106
PRO SE

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of August, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

<pre>
                              /s/ Marc J. Randazza
                              Marc J. Randazza
</pre>