IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants . | ) |

## MOTION OF ANDREW C. MENDRALA TO WITHDRAW AS COUNSEL

Undersigned counsel hereby moves to withdraw as counsel for Plaintiff Brennan M. Gilmore in this matter pursuant to Local General Rule 6(i), due to the fact that undersigned counsel will be leaving the law firm of Cohen Milstein Sellers and Toll PLLC shortly. Undersigned counsel's withdrawal as counsel will not adversely affect the interests of the parties, and Plaintiff will continue to be represented by the other listed attorneys of record in this matter. Additionally, Plaintiff anticipates that D. Sean Trainor, who is a member of the bar of the U.S. District Court for the Eastern District of Virginia and a partner at the law firm O'Melveny & Meyers LLP, which already represents Plaintiff in the above-captioned matter, will be granted reciprocity to become a member of a bar of this Court under Local General Rule 6(c) and will enter his appearance in the above-captioned matter on behalf of Plaintiff as soon as that reciprocity is granted.

WHEREFORE, the undersigned Andrew C. Mendrala respectfully requests that he be granted leave to withdraw as counsel for Plaintiff in this matter.

Respectfully submitted,

 /s/ Andrew Mendrala
Andrew Mendrala, Virginia Bar No. 82424
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue NW, Fifth Floor
Washington, D.C. 20005

Dated: August 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2021, a copy of the foregoing Motion of Andrew C. Mendrala to Withdraw as Counsel was served on all parties via the Electronic Case Filing (ECF) system, and separately sent via electronic mail to Mr. Lee Stranahan, Mr. Derrick Wilburn, and Mr. Scott Creighton.

      /s/ Andrew Mendrala