IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE, | Case No. 3:18-cv-00017 |
| Plaintiff, | |
| v. | |
| ALEXANDER E. JONES, et al. | |
| Defendants | |
| *In re subpoena to non-party journalist Jessica Bidgood* | |

## STIPULATION TO QUASH SUBPOENA

Defendant James Hoft and non-party journalist Jessica Bidgood hereby stipulate to the quashing of the subpoena dated May 20, 2021, that Defendant Hoft served on Verizon for Bidgood's phone records and that is the subject of Bidgood's motion to quash filed July 14, 2021 (ECF Dkt. 404). In addition, Hoft and Bidgood hereby jointly and respectfully request that the Court enter the proposed order attached to this Stipulation as Exhibit A.

Dated: August 17, 2021

                                                        *s/ Leita Walker*
                                                        Leita Walker (*admitted Pro Hac Vice*)
                                                        BALLARD SPAHR LLP
                                                        2000 IDS Center
                                                        80 South Eighth Street
                                                        Minneapolis, MN 55402
                                                        Telephone: (612) 371-3211
                                                        Facsimile: (612) 371-3207
                                                        *wakerl@ballardspahr.com*

                                                        Charles D. Tobin
                                                        BALLARD SPAHR LLP
                                                        1909 K Street NW, 12th Floor
                                                        Washington, D.C. 20006

Telephone: (202) 661-2200
Facsimile: (202) 661-2299
*tobinc@ballardspahr.com*

**ATTORNEYS FOR NON-PARTY JOURNALIST JESSICA BIDGOOD**

Dated: August 17, 2021

s/ *[signature]*
John C. Burns
BURNS LAW FIRM
P.O. Box 191250
St. Louis, MO 63119
Telephone: (314) 329-5040
Facscimile: (314) 282-8136
*tblf@pm.me*

**ATTORNEY FOR DEFENDANT JAMES HOFT**