# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Brennan M. Gilmore**

**AND**

**Alexander (Alex) E. Jones, et al**

Action No:   3:18cv17

Date:   8/19/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Anwar Graves
Hassen Sayeed

Defendant Attorney(s)
Jay Wolman
Marc Randazza
David Wachen
Jonathan Burns
Scott Creighton

PROCEEDINGS:

All parties present on telephone
Parties discuss discovery issues

Parties would like an extension of time to complete discovery (Motion filed at doc #424)
Court will issue written order
Follow up conference call set for Aug. 27 at 1:00 pm

Time in court: 3:07-3:34=27 minutes