IN THE UNITED STATES DISTRICT
COURT FOR THE WESTERN DISTRICT
OF VIRGINIACHARLOTTESVILLE
DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>    Defendants. | No. 3:18-cv-00017-NKM-JCH |

## DECLARATION OF JOHN C. BURNS, ESQ.

I, John C. Burns, pursuant to 28 U.S.C. § 1746, declare and state as follows.

1. I am a member in good standing of the Missouri Bar, and I represent Defendant James Hoft in the case at bar.

2. I submit this declaration pursuant to the Court's Order (Dkt #404).

3. Pursuant to said Order, I have today shipped the Verizon compact disc via FedEx to Charles Tobin c/o *Mallard Spahr* in Washington, D.C.

4. Also today, and pursuant to the Court's Order, I have deleted the record indicated, and I can confirm that no one has reviewed the record.

I declare under penalty of perjury under the laws of the United States that the foregoing statements are true and correct.

Executed this 23rd day of August, 2021.

                                                                                                               */s/ John C. Burns*