# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**BRENNAN M. GILMORE**

vs.

**ALEXANDER E. JONES, ET AL**

Action No:   3:18CV00017

Date:   10/19/21

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
**Anwar Graves**
**Hassen Amir Sayeed**
**Kimya Saied**

Defendant Attorney(s)
**Marc J. Randazza**
**Jay Marshall Wolman**
**Scott Creighton, pro se**
**Jonathon Christian Burns**

PROCEEDINGS:
Telephonic Hearing:

Parties discuss case schedule
Parties to contact Heidi Wheeler to set a trial date in June or early July
Parties discuss [447] Motion to Compel filed by Freespeech
Parties do not request oral argument, Court can rule on filings
Parties argue discovery dispute re: marketing and analytics and turning over data
Parties to submit proposed order

Time in court: 9:35-10:56=1 hour 21 minutes