IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN GILMORE et al., ) | | |
|     Plaintiffs, ) | Civil Action No. 3:18-cv-00017 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| ALEXANDER ("ALEX") E. JONES et al., ) | By: | Joel C. Hoppe |
|     Defendants. ) | | United States Magistrate Judge |

This matter is before the Court on several discovery issues. On October 19, 2021, the Court held a hearing and ruled as follows:

1. The substance and timeframe of Plaintiff's requests for documents of marketing and analytics information, although not all the underlying data, are relevant and proportional to the needs of the case as discussed in the court's opinion of January 8, 2021, ECF No. 219, and during the hearing. Within seven (7) days, counsel for Plaintiff and counsel for Defendants Alex Jones and Free Speech Systems and James Hoft are directed to meet and confer and agree on a query regarding marketing data and analytics. Within fourteen (14) days of agreeing upon a query, Defendants shall produce the analytics report.

2. As to Defendant Hoft's responses to Plaintiff's request for production of documents numbers 28 and 42 and Hoft's document production, JH-Supp-Disc-0001–0094, Hoft's counsel represented that he would provide a complete supplement on October 19, 2021, for some information and by October 22 for the remainder. The court directs that Hoft make those productions within the timeframe set out by his counsel.

3. As to Hoft's social media accounts, Counsel for Plaintiff and Hoft are directed to confer and agree on a proposed order, which counsel will submit to the court, directing certain social media platforms to produce, within fourteen days, the contents of Hoft's posts, direct

messages, or other similar communications. Within fourteen (14) days of receiving that information from the social media platforms, Hoft then shall produce his posts, direct messages, or other similar communications that are relevant to the claims and defenses in this case.

    It is so ORDERED.

ENTER: October 19, 2021

*Joel C. Hoppe*
Joel C. Hoppe
U.S. Magistrate Judge