IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>　　Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>　　Defendants. | No. 3:18-cv-00017-NKM-JCH |

### DEFENDANT JAMES (JIM) HOFT'S NOTICE OF PROPOSED ORDER FILING

Pursuant to the October 19, 2021 telephonic conference with the Court and the Court's subsequent order, DN 453, Plaintiff Brennan Gilmore and Defendant James Hoft ("Hoft") have met and conferred, and Hoft accordingly files a proposed order directing certain social media platforms to produce, within fourteen days, the contents of the identified social media accounts.

By:　*John C. Burns*
John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (FAX)

*Attorneys for Defendant Jim Hoft*

2

**CERTIFICATE OF SERVICE**

      On November 18, 2021, the undersigned filed a true and accurate copy of the foregoing via the Court's ECF system, for service upon all parties of record.

<i>/s/ John C. Burns</i><br>
JOHN C. BURNS