IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER E. (ALEX) JONES, et al., <br><br> Defendants. | No. 3:18-cv-00017-NKM-JCH |

## ORDER REQUIRING SOCIAL MEDIA PLATFORMS TO PRODUCE DOCUMENTS TO DEFENDANT JAMES HOFT

WHEREAS, in connection with this litigation, Plaintiff Brennan Gilmore ("Gilmore") served discovery requests on Defendant James Hoft ("Hoft") seeking documents, including posts, direct messages, and other communications, on the social media accounts of Hoft and any entity in which he has or had ownership or control, including The Gateway Pundit;

WHEREAS, Hoft requested the assistance of the Court in procuring an Order to produce these documents;

WHEREAS for purposes of this Order, Gilmore and Hoft have agreed that the social media accounts at issue include the following sites and applications: Signal, Telegram Messenger, Gab, Parler, PolitiChatter, 2nd1st, Clouthub, Minds, FreeSpace, SafeChat, and Koo App (the "Social Media Platforms");

IT IS HEREBY ORDERED that: (1) within fourteen (14) days of receiving this Order each of the Social Media Platforms produce to Hoft any and all documents, posts, direct messages, or other communications, from March 1, 2017 to the present, on Hoft's account(s), or on the account of any entity that he owns or controls, including The Gateway Pundit; and (2) within 14 days of receiving that information from the Social Media Platforms, "Hoft then shall produce his posts,

direct messages, or other similar communications that are relevant to the claims and defenses in this case." *See* D.I. 453 at 2.

    IT IS SO ORDERED.

    ENTERED: November 23, 2021

                                                                                                               HON. JOEL C. HOPPE  
                                                                                           UNITED STATES MAGISTRATE JUDGE