IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN GILMORE, et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:18-cv-00017 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER ("ALEX") E. JONES, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) |         United States Magistrate Judge |

This matter is before the Court on Plaintiff's Notice of Filing of Exhibit A to the

Stipulation & Protective Order entered on June 23, 2020. *See* ECF No. 462. The Stipulation &

Protective Order, ECF No. 194; *see* ECF No. 196, is hereby AMENDED to incorporate "Exhibit

A Acknowledgement and Agreement to Be Bound," ECF No. 462-1.

ENTER: December 8, 2021

Joel C. Hoppe
U.S. Magistrate Judge

1