IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) ) |
| Defendants. | ) ) ) |

## MOTION OF NABIL A. ANSARI TO WITHDRAW AS COUNSEL

The undersigned hereby moves to withdraw as counsel for Plaintiff Brennan M. Gilmore in this matter pursuant to Local General Rule 6(i), due to the fact that undersigned counsel will be leaving the law firm of O'Melveny & Myers LLP. Undersigned counsel's withdrawal will not adversely affect the interests of the parties, and Plaintiff will continue to be represented by the other attorneys of record in this matter.

WHEREFORE, the undersigned Nabil A. Ansari respectfully requests that he be granted leave to withdraw as counsel for Plaintiff in this matter.

Respectfully submitted,

 /s/ *Nabil A. Ansari*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
nansari@omm.com

Dated: December 22, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of December, 2021, a copy of the foregoing Motion of Nabil A. Ansari to Withdraw as Counsel was served on all parties via the Electronic Case Filing (ECF) system, and separately sent via electronic mail to Mr. Lee Stranahan and Mr. Scott Creighton.

/s/ *Nabil A. Ansari*