# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**,  ) CASE NO.: 3:18cv00017
)
v.                      ) DATE: 3/1/22
)
**Alexander (Alex) E. Jones, et al,**  )
)
TYPE OF HEARING:  Discovery Dispute  ) Time in Court: 11:32-12:18=46 minutes

*****************************************************************************

### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe          6. Hassen Sayeed
2. David Wachen                  7. Anwar Graves
3. Jonathan Burns                8.
4. Jay Wolman                    9. deputy clerk – Karen Dotson
5. Kimya Saied                   10.

*****************************************************************************

CD NO(S). Recorded using Cisco Conferencing       RECORDED BY:  Karen Dotson
and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11:32 | 1,5 | 44 | 3,1 | 54 | 3,1 | 13 | 3,1,5 | | |
| 33 | 1,3,1 | | 3,1 | 56 | 3,1 | 14 | 9,1 | | |
| | 3,1 | | 5 | 57 | 5 | | 9,1 | | |
| | 2,1,4 | 45 | 3 | 12:01 | 1,5,1,5 | | 5, | | |
| | 1 | 46 | 1,3 | | 1,3 | 15 | 2,1, | | |
| 34 | 5 | | 1,3,1 | 5 | 1,3,1,3 | 16 | 7 | | |
| 35 | 1,5 | 47 | 3,1,5 | 6 | 5,1,5 | 17 | 1,7 | | |
| 37 | 1,5 | 48 | 1 | 7 | 1 | | 2,1,2 | | |
| 40 | 1,3 | 49 | 3,1,3 | 8 | 3 | 18 | 1,7, | | |
| 42 | 1,3 | 50 | 1,3 | 10 | 5,1,5 | | 2,1,9 | | |
| 43 | 1,5,1 | 51 | 5,3,1,5 | 11 | 1, | | | | |
| | 3,1,3 | 52 | 1 | 12 | 3,1,5 | | | | |
| | 1 | 53 | 5,1, | | 1 | | | | |