# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Brennan M. Gilmore**

**vs.**

**Alexander (Alex) E. Jones, et al**

Action No:   3:18-cv-00017

Date:   3/1/2022

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Karen Dotson, Cisco Conferencing

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

Anwar Graves
Haseen Sayeed
Kimya Saied

Defendant Attorney(s)

Jay Wolman
David Wachen
Jonathan Burns

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
Telephonic Hearing re: discovery dispute:

All parties present by telephone
Parties discuss dispute in regards to Hoff and media site searches and emails
Parties discuss pdf issue
Court will enter an order

Time in court: 11:32-12:18=46 minutes