IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER E. JONES, *et al.*,<br><br>Defendants. | Civil Action No. 3:18-cv-00017 |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR NON-PARTY, OFFICE OF THE GOVERNOR OF VIRGINIA

**COMES NOW** Erin R. McNeill and moves the Court for leave to withdraw as counsel for non-party, Office of the Governor of Virginia in the above-styled matter.

The basis for this motion is that counsel filed a Motion to Quash on behalf of the Office of the Governor of Virginia on May 11, 2021 relating to a subpoena duces tecum issued by plaintiff. The Motion to Quash has been granted and the Governor's and counsel's involvement in this matter is no longer required.

WHEREFORE, for the foregoing reasons, the undersigned respectfully requests that for good cause shown, her motion for leave to withdraw in this matter be granted.

Respectfully Submitted,

*/s/ Erin R. McNeill*
Erin R. McNeill (VA Bar No. 78816)
Assistant Attorney General
Office of the Virginia Attorney General
202 North 9th Street
Richmond, Virginia 23219

                                          Telephone (McNeill): (804) 692-0598
                                          Fax: (804) 371-2087
                                          E-mail: emcneill@oag.state.va.us
*Counsel for Non-Party, the Office of the Governor of Virginia*

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General

Marshall H. Ross
Senior Assistant Attorney General/Trial Section Chief

**CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to all counsel of record.

                                                */s/ Erin R. McNeill*
                                                Erin R. McNeill (VA Bar No. 78816)
                                                Assistant Attorney General
                                                Office of the Virginia Attorney General
                                                202 North 9th Street
                                                Richmond, Virginia 23219
                                                Telephone: (804) 692-0598
                                                Fax: (804) 371-2087
                                                E-mail: emcneill@oag.state.va.us
                                                *Counsel for Non-Party, the Office of the Governor of Virginia*