**APPEARANCE SHEET**
**FOR THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

| | | |
|---|---|---|
| **Brennan M. Gilmore** | ) | CASE NO.:  **3:18-cv-00017** |
| | ) | |
| v. | ) | DATE: |
| | ) | |
| **Alexander (Alex) E. Jones** | ) | |
| | ) | |
| TYPE OF HEARING:  Discovery Conference | ) | Time in Court: 4:04-4:44=40 minutes |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES/SPEAKERS:**

1.   USMJ - Joel C. Hoppe                6.   David Wachen
2.   Anwar Graves                        7.
3.   Kimya Saied                         8.
4.   Hassen Sayeed                       9.   deputy clerk – Karen Dotson
5.   Jay Wolman                          10.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD NO(S). Recorded using AT&T Conference Manager        RECORDED BY:  Karen Dotson
                 and saved to Harrisonburg's I: drive

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 4:04 | 1,2 | 21 | 1,2 | 43 | 2,1 | | | | |
| | 1,6 | 22 | 1,2 | 43 | 2,6 | | | | |
| | 1, | 26 | 1 | | 1 | | | | |
| 5 | 9,1,5 | 27 | 2,1,2 | 44 | 1 | | | | |
| | 1,9,6 | 29 | 1,2,1 | | | | | | |
| | 1 | | 2 | | | | | | |
| 6 | 2,1 | 30 | 6,1,6 | | | | | | |
| | 6 | 33 | 1,6 | | | | | | |
| 9 | 1,6 | 35 | 1,6,1 | | | | | | |
| 12 | 1,6,1 | | 6,2 | | | | | | |
| 15 | 1,6,1 | 36 | 6,2,6 | | | | | | |
| 16 | 6,1,6 | 37 | 1,6 | | | | | | |
| 19 | 1,2 | 38 | 1 | | | | | | |