IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| BRENNAN GILMORE, ) | | |
| Plaintiff, ) | Civil Action No. 3:18-cv-00017 | |
| ) | | |
| v.  ) | ORDER | |
| ) | | |
| ALEXANDER ("ALEX") E. JONES, et al., ) | By: | Joel C. Hoppe |
| Defendants. ) | | United States Magistrate Judge |

This matter is before the Court on a discovery dispute concerning the number of written interrogatories that Defendant LeAnn McAdoo served on Plaintiff Brennan Gilmore. *See* Fed. R. Civ. P. 26(b)(1)–(2), 33(a)(1). For the reasons stated on the record during the hearing on March 7, 2022, the Court finds that McAdoo served more than 25 written interrogatories on Gilmore and is pursuing his responses to 26 of those requests. Fed. R. Civ. P. 33(a)(1). Because fact discovery remains open, however, the Court finds that McAdoo acted in good faith and that requiring Gilmore to respond to one additional interrogatory seeking relevant, non-privileged information would not impose an undue burden or expense on him considering the importance of the issues at stake in this action, the parties' resources and relative access to the information sought, and the importance of the discovery in resolving the issues. *See* Fed. R. Civ. P. 26(b)(1)–(2). Accordingly, it is hereby ORDERED that:

    1.    The portions of Defendant McAdoo's Interrogatory No. 1 and Interrogatory No. 2 seeking information related to the August 21 video are STRICKEN in accordance with the parties' representations at the hearing.

    2.    Within fourteen (14) days from the date of this Order, Gilmore shall respond to Defendant McAdoo's Interrogatory Nos. 14, 15, and 16.

3. Defendant McAdoo's Interrogatory No. 17 is WITHDRAWN in accordance with her attorney's representations at the hearing.

ENTER: March 8, 2022

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge

2