IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) |
| Defendants. | ) |

**[PROPOSED] SCHEDULING ORDER**

WHEREAS, the Court entered on February 22, 2022 a scheduling order to govern the remainder of this litigation with a trial date set for January 17-20 and January 23-27, 2023 (D.I. 475);

WHEREAS, the remaining parties to this action seek additional time to resolve discovery issues and schedule depositions;

NOW, the parties come jointly before this Court to submit the following amended proposed schedule for deadlines that shall control the remainder of this action.

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Deadline to complete fact discovery depositions | April 11, 2022 | May 9, 2022 |
| Potential settlement / ADR discussion | April 18, 2022 | May 16, 2022 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | April 25, 2022 | May 23, 2022 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | May 20, 2022 | June 17, 2022 |

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | June 10, 2022 | July 8, 2022 |
| Deadline to complete all discovery, including expert depositions. | June 27, 2022 | July 20, 2022 |
| Deadline to file dispositive motions | August 5, 2022 | Unchanged |
| Deadline to file oppositions to dispositive motions | September 13, 2022 | Unchanged |
| Deadline to file replies to dispositive motions | October 14, 2022 | Unchanged |
| Deadline for hearing dispositive motions | TBD by the Court | Unchanged |
| Exchange list of witnesses expected to be called at trial | November 11, 2022 | Unchanged |
| Deadline for filing motions *in limine* (copies to opposing counsel) | December 2, 2022 | Unchanged |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | December 21, 2022 | Unchanged |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | January 10, 2023 | Unchanged |

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | January 10, 2023 | Unchanged |
| Pretrial conference | TBD by the Court | Unchanged |
| Trial | January 17-20 and January 23-27, 2023 | Unchanged |

SO ORDERED: _____    By: _____
                                             The Honorable Joel C. Hoppe

Dated:  April 4, 2022               Respectfully Submitted,

By:     */s/ Hassen A. Sayeed*
Jonathan Hacker, admitted *pro hac vice*
D. Sean Trainor, (VSB #43260)
Anwar L. Graves, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice*
Kendall Collins, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C.  20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jhacker@omm.com
dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701
ksaied@omm.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001

Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

/s/ _John C. Burns_____
Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (FAX)

John C. Burns, admitted pro hac vice
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

*Attorneys for Defendant Jim Hoft*

/s/ _Lee Stranahan_____
Lee Stranahan
1440 G Street, N.W.
Washington, D.C. 20005
stranahan@gmail.com

*Pro Se*

/s/ _Scott Creighton_____
Scott Creighton
9214 13th Street N, Apt A
Tampa, FL 33612

*Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April 2022, a copy of the Proposed Scheduling Order was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan and Mr. R. Scott Creighton.

                                                      */s/ Hassen A. Sayeed*
                                                      Hassen A. Sayeed