IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Charlottesville Division**

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER JONES, *et al.*, <br><br> Defendants. | Civil Action No.: 3:18-cv-00017-NKM-JCH <br><br> **<u>DEFENDANT HOFT'S NOTICE OF WITHDRAWAL OF MOTION FOR 30-DAY LIMITED EXTENSION OF DEADLINE FOR FACT DISCOVERY</u>** |

COMES NOW Defendant James Hoft, by and through undersigned counsel, and withdraws his motion (Dkt. #500). The parties have stipulated to a proposed order (Dkt. #501).

Dated: April 5, 2022

Respectfully Submitted,

/s/ *John C. Burns*
John C. Burns, #66462
BURNS LAW FIRM
P.O. Box 191250
St. Louis, Missouri 63119
P: (314) 329-5040
F: (314) 282-8136
TBLF@pm.me

Timothy B. Hyland
Hyland Law PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
703-956-3548 (Tel.)
703-935-0349 (Fax)
thyland@hylandpllc.com
*Attorneys for Defendant James Hoft*

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ *John C. Burns*
John C. Burns