IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| BRENNAN M. GILMORE, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, *et al.*, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## [PROPOSED] SCHEDULING ORDER

WHEREAS, the Court entered on February 22, 2022 a scheduling order to govern the remainder of this litigation with a trial date set for January 17-20 and January 23-27, 2023 (D.I. 475);

WHEREAS, the remaining parties to this action seek additional time to resolve discovery issues and schedule depositions;

NOW, the parties come jointly before this Court to submit the following amended proposed schedule for deadlines that shall control the remainder of this action.

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Deadline to complete fact discovery depositions | April 11, 2022 | May 9, 2022 |
| Potential settlement / ADR discussion | April 18, 2022 | May 16, 2022 |
| Fed. R. Civ. P. 26(a)(2)(B) opening expert reports | April 25, 2022 | May 23, 2022 |
| Fed. R. Civ. P. 26(a)(2)(B) responsive expert reports | May 20, 2022 | June 17, 2022 |

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Fed. R. Civ. P. 26(a)(2)(B) reply expert reports (limited to subject matter first raised in responsive reports) | June 10, 2022 | July 8, 2022 |
| Deadline to complete all discovery, including expert depositions. | June 27, 2022 | July 20, 2022 |
| Deadline to file dispositive motions | August 5, 2022 | Unchanged |
| Deadline to file oppositions to dispositive motions | September 13, 2022 | Unchanged |
| Deadline to file replies to dispositive motions | October 14, 2022 | Unchanged |
| Deadline for hearing dispositive motions | TBD by the Court | Unchanged |
| Exchange list of witnesses expected to be called at trial | November 11, 2022 | Unchanged |
| Deadline for filing motions *in limine* (copies to opposing counsel) | December 2, 2022 | Unchanged |
| Deadline for filing oppositions to motions *in limine* (copies to opposing counsel) | December 21, 2022 | Unchanged |
| Deadline for filing proposed jury instructions and special interrogatories (copies to opposing counsel) | January 10, 2023 | Unchanged |

| Event | Proposed Dates | Proposed Date |
|---|---|---|
| Deadline for filing joint pretrial order including:<br><br>• any contested issues of law that require a ruling before trial;<br><br>• the essential elements that a party must prove to establish any meritorious claims remaining for adjudication, and the damages or other relief sought;<br><br>• the essential elements that a party must prove to establish any meritorious defenses;<br><br>• the material facts and theories of liability or defense;<br><br>• the issues of fact contested by each party;<br><br>• any contested issues of law that do not require a ruling before trial;<br><br>• any stipulations; and<br><br>• any special voir dire questions<br><br>**Disputed sections to be filed as separate addendum** | January 10, 2023 | Unchanged |
| Pretrial conference | TBD by the Court | Unchanged |
| Trial | January 17-20 and January 23-27, 2023 | Unchanged |

SO ORDERED: __April 11, 2022__

By: _[signature] Joel C. Hoppe_

The Honorable Joel C. Hoppe

Dated:  April 4, 2022                    Respectfully Submitted,


                                         By:      */s/ Hassen A. Sayeed*
                                                  Jonathan Hacker, admitted *pro hac vice*
                                                  D. Sean Trainor, (VSB #43260)
                                                  Anwar L. Graves, admitted *pro hac vice*
                                                  Rahul Kohli, admitted *pro hac vice*
                                                  Kendall Collins, admitted *pro hac vice*
                                                  O'MELVENY & MYERS LLP
                                                  1625 Eye Street, N.W.
                                                  Washington, D.C.  20006
                                                  Telephone: (202) 383-5300
                                                  Facsimile: (202) 383-5414
                                                  jhacker@omm.com
                                                  dstrainor@omm.com
                                                  agraves@omm.com
                                                  rkohli@omm.com
                                                  kcollins@omm.com

                                                  Hassen A. Sayeed, admitted *pro hac vice*
                                                  Chani C. Gatto-Bradshaw, admitted
                                                  *pro hac vice*
                                                  James Yi Li, admitted *pro hac vice*
                                                  O'MELVENY & MYERS LLP
                                                  Times Square Tower
                                                  7 Times Square
                                                  New York, New York 10036
                                                  Telephone: (212) 326-2000
                                                  Facsimile: (212) 326-2061
                                                  hsayeed@omm.com
                                                  cgatto-bradshaw@omm.com
                                                  jli@omm.com

                                                  Kimya Saied, admitted *pro hac vice*
                                                  O'MELVENY & MYERS LLP
                                                  Two Embarcadero Center
                                                  28th Floor
                                                  San Francisco, CA 94111-3823
                                                  Telephone: (415) 984-8700
                                                  Facsimile:  (415) 984-8701
                                                  ksaied@omm.com

                                                  Aderson Francois, admitted *pro hac vice*
                                                  CIVIL RIGHTS CLINIC
                                                  GEORGETOWN UNIVERSITY LAW
                                                  CENTER
                                                  600 New Jersey Avenue, N.W.
                                                  Washington, D.C. 20001

Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

/s/ _John C. Burns_____
Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (FAX)

John C. Burns, admitted pro hac vice
BURNS LAW FIRM
P.O. Box 191250
Saint Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

*Attorneys for Defendant Jim Hoft*

/s/ _Lee Stranahan_____
Lee Stranahan
1440 G Street, N.W.
Washington, D.C. 20005
stranahan@gmail.com

*Pro Se*

/s/ _Scott Creighton_____
Scott Creighton
9214 13th Street N, Apt A
Tampa, FL 33612

*Pro Se*