IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, <br><br> Plaintiff, <br><br> v. <br><br> ALEXANDER E. (ALEX) JONES, et al., <br><br> Defendants. | No. 3:18-cv-00017-NKM-JCH |

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT BY DEFENDANT JAMES HOFT

Pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff Brennan Gilmore ("Gilmore"), through his undersigned counsel, hereby provides notice that he has accepted a Rule 68 Offer of Judgment by Defendant James Hoft ("Hoft"). Attached hereto as **Exhibit A** is a copy of Defendant Hoft's Rule 68 Offer of Judgment to Gilmore dated and served on April 4, 2022. Attached hereto as **Exhibit B** is a proposed form of judgment agreed-upon by the parties, and which the parties will file shortly with the Court for entry.

Dated: April 16, 2022            Respectfully submitted,

/s/ *Hassen A. Sayeed*
Hassen A. Sayeed, admitted *pro hac vice*
James Li, admitted *pro hac vice*
Chani Gatto-Bradshaw, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com

jli@omm.com
cgatto-bradshaw@omm.com

Jonathan Hacker, admitted *pro hac vice*
Anwar L. Graves, admitted *pro hac vice*
Kendall Collins, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
agraves@omm.com
jhacker@omm.com
ksaied@omm.com
rkohli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of April 2022, a copy of this Plaintiff's Notice Of Acceptance Of Rule 68 Offer Of Judgment By Defendant James Hoft and accompanying exhibits was served on the following counsel for James Hoft by email and U.S. first-class mail:

>Timothy B. Hyland
>HYLAND LAW PLLC
>1818 Library Street, Suite 500
>Reston, VA  20190
>thyland@hylandpllc.com


>Jonathan Burns
>Burns Law Firm
>P.O. Box 191250
>St. Louis, MO 63119
>john@burns-law-firm.com
>TBLF@PM.ME

>*/s/ Hassen A. Sayeed*
>Hassen A. Sayeed

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| BRENNAN M. GILMORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:18-cv-00017-NKM-JCH |
| | ) |
| ALEXANDER JONES, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, defendant James ("Jim") Hoft ("Mr. Hoft") hereby offers to allow judgment to be entered against Mr. Hoft in this action in the amount of $50,000.00, inclusive of costs and attorneys' fees. This offer relates to and, if accepted, would dispose of all claims in this action against, Mr. Hoft.

This offer is unconditional. This judgment shall be in full satisfaction of all federal and state law claims or rights that Plaintiff may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Mr. Hoft, or any official, employee, related entities, or agent, either past or present, of Mr. Hoft, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

This offer of judgment is made for the purposes specified in Fed. R. Civ. P. 68, and it is not to be construed as either an admission that Mr. Hoft is liable in this action, nor that plaintiff has suffered any damage. This offer of judgment shall not be filed with the Court unless (a) accepted or (b) in a proceeding to determine costs.

Acceptance of this offer of judgment will act to release and discharge Mr. Hoft, his successors and/or assigns, and all past and present officials, employees, representatives, related entities, and agents of Mr. Hoft from all claims that were or could have been alleged by Plaintiff in the above-referenced action.

Mr. Hoft makes this offer more than 14 days before the date set for trial in accordance with Fed. R. Civ. P. 68(a). This offer of judgment will remain open and irrevocable for 14 days after service in accordance with Fed. R. Civ. P. 68(a). If Plaintiff does not accept within 14 days after service, the offer is considered withdrawn in accordance with Fed. R. Civ. P. 68(b).

*/s/ Timothy B. Hyland*

Timothy B. Hyland
VSB No. 31163
Counsel for Defendant James ("Jim") Hoft
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of April, 2022, true copies of the foregoing were sent by email and first-class mail to:

Jonathan Hacker, Esquire
D. Sean Trainor, Esquire
Anwar L. Graves, Esquire
Rahul Kohli, Esquire
Kendall Collins, Esquire
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, DC  20006

Hassan A. Sayeed, Esquire
Chani C. Gatto-Bradshaw, Esquire
James Yi Li, Esquire
O'MELVENY & MYERS LLP
Times Square Tower 7
Times Square
New York, NY  10036

Kimya Saied, Esquire
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823

Aderson Francois, Esquire
Civil Rights Clinic
GEORGETOWN UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, DC  20001

Elizabeth B. Wydra, Esquire
Brianne J. Gorod, Esquire
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, DC  20036

Jonathon Burns, Esquire
BURNS LAW FIRM
P.O. Box 191250
St. Louis, MO  63119

3

_____
Timothy B. Hyland
VSB No. 31163
Counsel for Defendant James ("Jim") Hoft
HYLAND LAW PLLC
1818 Library Street, Suite 500
Reston, VA 20190
(703) 956-3566 (Tel.)
(703) 935-0349 (Fax)
thyland@hylandpllc.com

4

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>    Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>    Defendants. | No. 3:18-cv-00017-NKM-JCH |

### [PROPOSED] ORDER OF JUDGMENT

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") has accepted the offer of judgment made by Defendant James "Jim" Hoft ("Hoft") pursuant to Fed R. Civ. P. 68, the terms of which offer of judgment are incorporated herein by reference, it is hereby ORDERED:

1. Judgment is to be entered against Hoft in this action in the sum of $50,000, inclusive of costs and attorneys' fees.

2. This judgment shall be in satisfaction of all federal and state law claims or rights that Gilmore may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Hoft, or any official, employee, related entities, or agent, either past or present, of Hoft, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. Hoft, his successors and/or assigns, and all past and present officials, employees, representatives, related entities, and agents of Hoft are hereby released from all claims that were or could have been alleged by Gilmore in the above-referenced action.

*/s/*
Jonathan Hacker, admitted *pro hac vice*
D. Sean Trainor, (VSB #43260)
Anwar L. Graves, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice*
Kendall Collins, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jhacker@omm.com
dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower 7
Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ksaied@omm.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC GEORGETOWN
UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001

*/s/*
Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
St. Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

*Attorneys for Defendant Jim Hoft*

Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

          **SO ORDERED** this ___ day of _____, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 18th day of April 2022, a copy of the foregoing document was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan and Mr. R. Scott Creighton.

*/s/ Hassen A. Sayeed*
Hassen A. Sayeed
