IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>　　Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>　　Defendants. | No. 3:18-cv-00017-NKM-JCH |

**[PROPOSED] ORDER OF JUDGMENT**

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") has accepted the offer of judgment made by Defendant James "Jim" Hoft ("Hoft") pursuant to Fed R. Civ. P. 68, the terms of which offer of judgment are incorporated herein by reference, it is hereby ORDERED:

1. Judgment is to be entered against Hoft in this action in the sum of $50,000, inclusive of costs and attorneys' fees.

2. This judgment shall be in satisfaction of all federal and state law claims or rights that Gilmore may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Hoft, or any official, employee, related entities, or agent, either past or present, of Hoft, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. Hoft, his successors and/or assigns, and all past and present officials, employees, representatives, related entities, and agents of Hoft are hereby released from all claims that were or could have been alleged by Gilmore in the above-referenced action.

/s/ Hassen A. Sayeed
Jonathan Hacker, admitted *pro hac vice*
D. Sean Trainor, (VSB #43260)
Anwar L. Graves, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice*
Kendall Collins, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jhacker@omm.com
dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower 7
Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ksaied@omm.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC GEORGETOWN
UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001

/s/ Timothy B. Hyland
Timothy B. Hyland
Virginia Bar No. 31163
HYLAND LAW PLLC
1818 Library Street, Ste. 500
Reston, VA 20190
(703) 956-3548 (Tel.)
(703) 935-0349 (Fax)

John C. Burns, admitted *pro hac vice*
BURNS LAW FIRM
P.O. Box 191250
St. Louis, MO 63119
Tel: (314) 329-5040
Fax: (314) 282-8136
TBLF@PM.ME

*Attorneys for Defendant Jim Hoft*

Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

          **SO ORDERED** this \_\_\_ day of _____, 2022.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

    I hereby certify that on this 18th day of April 2022, a copy of this Proposed Order of Judgement was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan and Mr. R. Scott Creighton.

                                              */s/ Hassen A. Sayeed*
                                              Hassen A. Sayeed