## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE, | |
| Plaintiff, | |
| v. | No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, et al., | |
| Defendants. | |

## STIPULATED DISMISSAL

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") sued Defendant Lee Ann Fleissner a/k/a "Lee Ann McAdoo" ("McAdoo") for defamation;

WHEREAS, Gilmore and McAdoo desire to amicably resolve all claims arising out of this action;

WHEREAS, Gilmore and McAdoo having entered into a settlement agreement, hereby stipulate as set forth below to the entry of an order in this action:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1.      Gilmore and McAdoo agree that this Court will retain jurisdiction to enforce the terms of the parties' settlement agreement and to enforce and resolve any disputes related thereto, if necessary.

2.      This action and all defenses thereto with respect to Gilmore and McAdoo are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

2

*/s/ Hassen A. Sayeed*

Jonathan Hacker, admitted *pro hac vice*
D. Sean Trainor, (VSB #43260)
Anwar L. Graves, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice* Kendall
Collins, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.
Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jhacker@omm.com
dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower 7
Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ksaied@omm.com

*s/ David S. Wachen*

David S. Wachen (VSB # 96363)
WACHEN LLC
11605 Montague Court
Potomac, MD 20854
(240) 292-9121
Fax (301) 259-3846
david@wachenlaw.com

*Counsel for Lee Ann Fleissner a/k/a*
*"Lee Ann McAdoo"*

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC GEORGETOWN
UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

**SO ORDERED** this 21st day of _April_, 2022.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE