# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE<br><br>*Plaintiff,*<br><br>v.<br><br>ALEXANDER E. JONES, *et al.*,<br><br>*Defendants.* | Case No. 3:18-cv-17<br><br>ORDER<br><br>Judge Norman K. Moon |

## ORDER OF JUDGMENT

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") has accepted the offer of judgment made by Defendant James "Jim" Hoft ("Hoft") pursuant to Fed R. Civ. P. 68, the terms of which offer of judgment are incorporated herein by reference, it is hereby ORDERED:

1. Judgment is to be entered against Hoft in this action in the sum of $50,000, inclusive of costs and attorneys' fees.

2. This judgment shall be in satisfaction of all federal and state law claims or rights that Gilmore may have to damages, or any other form of relief, arising out of the alleged acts or omissions of Hoft, or any official, employee, related entities, or agent, either past or present, of Hoft, or any agency thereof, in connection with the facts and circumstances that are the subject of this action.

3. Hoft, his successors and/or assigns, and all past and present officials, employees, representatives, related entities, and agents of Hoft are hereby released from all claims that were or could have been alleged by Gilmore in the above-referenced action.

The Clerk of Court is directed to send this order to all counsel of record.

2

Entered this 26th day of April 2022.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE