**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| BRENNAN M. GILMORE, | |
| Plaintiff, | |
| v. | No. 3:18-cv-00017-NKM-JCH |
| ALEXANDER E. (ALEX) JONES, et al., | |
| Defendants. | |

## STIPULATION AND ORDER

WHEREAS, Plaintiff Brennan Gilmore ("Gilmore") sued Defendant Lee Stranahan for defamation in connection with the publication of "Bombshell Connection Between Charlottesville, Soros, CIA" on August 15, 2017 (the "Publication");

WHEREAS, the Publication contained language pertaining to Gilmore and the August 2017 Unite the Right rally;

WHEREAS, Stranahan had no evidence that Gilmore was involved in a set up or in any other way with the August 2017 Unite the Right rally in Charlottesville and the terrorist attack that killed Heather Heyer;

WHEREAS, Stranahan does not contest Gilmore's allegation of defamation;

WHEREAS, Stranahan regrets the Publication and its defamatory characterization of Gilmore;

WHEREAS, the parties desire to amicably resolve all claims arising out of this action;

WHEREAS, Stranahan agrees to pay an agreed-upon sum of damages in the amount of $4,000.00 to Mr. Gilmore, which sum shall be the sum total of all damages to be assessed in this litigation against Stranahan;

WHEREAS, Gilmore and Stranahan, having entered into a settlement agreement, hereby stipulate as set forth below to the entry of an order in this action:

IT IS ORDERED, ADJUDGED, AND DECREED as follows:

1.    This Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties for purposes of this action and as set forth in Paragraph 4 below.

2.    Stranahan admits liability for the claims asserted by Gilmore in this action.

3.    Stranahan shall pay Gilmore the sum of $4,000.00 on or before July 31, 2022.

4.    Gilmore and Stranahan agree that this Court will retain jurisdiction to enforce the terms of the parties' settlement agreement and to enforce and resolve any disputes related thereto, if necessary.

5.    This action and all defenses thereto with respect to Gilmore and Stranahan are hereby dismissed with prejudice and without costs, disbursements, or attorneys' fees to any party.

/s/ Hassen A. Sayeed
Jonathan Hacker, admitted *pro hac vice*
D. Sean Trainor, (VSB #43260)
Anwar L. Graves, admitted *pro hac vice*
Rahul Kohli, admitted *pro hac vice*
Kendall Collins, admitted *pro hac vice*
O'MELVENY & MYERS LLP
1625 Eye Street, N.W.

/s/ Lee Stranahan
Lee Stranahan
1440 G Street, N.W.
Washington, D.C. 20005
stranahan@gmail.com

*Pro Se*

Washington, D.C. 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414
jhacker@omm.com
dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ksaied@omm.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC GEORGETOWN
UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889

elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

                         **SO ORDERED** this ___ day of _____, 2022.


                                      _____

                                        NORMAN K. MOON
                                        SENIOR UNITED STATES DISTRICT JUDGE