IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| BRENNAN M. GILMORE,<br><br>        Plaintiff,<br><br>v.<br><br>ALEXANDER E. (ALEX) JONES, et al.,<br><br>        Defendants. | No. 3:18-cv-00017-NKM-JCH |

## NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, this Court entered judgment on April 26, 2022 against Defendant James ("Jim") Hoft ("Hoft") in favor Plaintiff Brennan Gilmore ("Gilmore") in the amount of $50,000, inclusive of costs and attorneys' fees (D.I. 511);

WHEREAS, Hoft has transmitted the required sum to Gilmore;

NOW COMES Gilmore, by and through his undersigned counsel, to acknowledge receipt of said sum and hereby notice the satisfaction of the judgment against Hoft.

Dated: June 3, 2022

                                             Respectfully submitted,

                                             */s/ Hassen A. Sayeed*
                                             Jonathan Hacker, admitted *pro hac vice*
                                             D. Sean Trainor, (VSB #43260)
                                             Anwar L. Graves, admitted *pro hac vice*
                                             Rahul Kohli, admitted *pro hac vice*
                                             Kendall Collins, admitted *pro hac vice*
                                             O'MELVENY & MYERS LLP
                                             1625 Eye Street, N.W.
                                             Washington, D.C. 20006
                                             Telephone: (202) 383-5300
                                             Facsimile: (202) 383-5414
                                             jhacker@omm.com

dstrainor@omm.com
agraves@omm.com
rkohli@omm.com
kcollins@omm.com

Hassen A. Sayeed, admitted *pro hac vice*
Chani C. Gatto-Bradshaw, admitted *pro hac vice*
James Yi Li, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
hsayeed@omm.com
cgatto-bradshaw@omm.com
jli@omm.com

Kimya Saied, admitted *pro hac vice*
O'MELVENY & MYERS LLP
Two Embarcadero Center
28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701
ksaied@omm.com

Aderson Francois, admitted *pro hac vice*
CIVIL RIGHTS CLINIC GEORGETOWN
UNIVERSITY LAW CENTER
600 New Jersey Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 662-9065
Aderson.Francois@georgetown.edu

Elizabeth B. Wydra, admitted *pro hac vice*
Brianne J. Gorod, admitted *pro hac vice*
CONSTITUTIONAL ACCOUNTABILITY
CENTER
1200 18th Street, N.W., Suite 501
Washington, D.C. 20036
Telephone: (202) 296-6889
elizabeth@theusconstitution.org
brianne@theusconstitution.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of June 2022, a copy of the foregoing Notice of Satisfaction of Judgment was served on all parties via the Court's Electronic Case Filing system, and separately sent via electronic mail to Mr. Lee Stranahan and Mr. R. Scott Creighton.

*/s/ Hassen A. Sayeed*

Hassen A. Sayeed